# REGIONS

Regions Bank   P.O. Box 11007 Birmingham, AL 35288   +1 (877) 562-8383
Jerry Ogwezi   3043 Rosina Grand Prairie, TX 75054

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | R4YB9 | 12/08/2025 | 12/21/2025 | 12/19/2025 | |

| | Hours Worked | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,905.91 | 10.94 | 457.32 | 703.42 | 2,745.17 |
| YTD | 2,080.00 | 102,740.13 | 284.44 | 12,896.51 | 18,820.18 | 71,023.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 12/08/2025 - 12/21/2025 | 80 | 0 | 3,905.91 | 2080 | 101,170.76 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 |
| Earnings | | | | 3,905.91 | | 102,740.13 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 219.63 | 5,784.02 |
| Medicare | 51.37 | 1,352.72 |
| Federal Withholding | 186.32 | 5,759.77 |
| Associate Taxes | 457.32 | 12,896.51 |

### Non Cash

| Description | Amount | YTD |
|---|---|---|
| Group Term Life | 10.94 | 284.44 |
| Non Cash | 10.94 | 284.44 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | | 723.36 |
| 401k Loan (002) | 65.14 | 781.68 |
| 401k Pretax Contribution | 234.36 | 6,813.22 |
| AD&D Family Coverage | 5.08 | 132.08 |
| Dental Employee Pre Tax | 43.00 | 1,118.00 |
| Dependent Child Life Insurance | 0.62 | 16.12 |
| Dependent Spouse Life Insurance | 4.64 | 120.64 |
| Group Legal | 9.50 | 247.00 |
| Medical Employee Pre Tax | 320.00 | 8,320.00 |
| Optional Group Life Insurance | 9.70 | 252.20 |
| Vision Employee Pre Tax | 11.38 | 295.88 |
| Deductions | 703.42 | 18,820.18 |

### Company Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k 2% Company Contribution | | 2,009.56 |
| 401k Company Match | 195.30 | 5,137.12 |
| Company Paid Basic Life Insurance | 6.05 | 157.30 |
| Company Paid Dental | 0.22 | 5.72 |
| Company Paid Medical | 549.00 | 14,091.80 |
| FUI (Federal) | 0.00 | 42.00 |
| LTD | 36.72 | 954.72 |
| Medicare (Federal) | 51.37 | 1,352.72 |
| OASDI (Federal) | 219.63 | 5,784.02 |
| STD | 0.86 | 22.36 |
| SUI - ER Paid (Texas) | 0.00 | 139.50 |
| Company Paid Benefits | 1,059.15 | 29,696.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,542.47 | 93,290.69 |
| Medicare - Taxable Wages | 3,542.47 | 93,290.69 |
| Federal Withholding - Taxable Wages | 3,308.11 | 86,477.47 |

### Federal

| Marital Status | Married filing jointly (or Qualifying widow(er)) |
|---|---|
| Allowances | 0 |
| Total Dependent Amount | 4000 |
| Additional Withholding | 100 |

### State

| | 0 |
|---|---|

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 88 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Region Bank | payroll | ******4743 | | 2,745.17   USD |



Regions Bank   P.O. Box 11007 Birmingham, AL 35288   +1 (877) 562-8383
Jerry Ogwezi   3043 Rosina Grand Prairie, TX 75054

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | R4YB9 | 11/24/2025 | 12/07/2025 | 12/05/2025 | |

| | Hours Worked | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,905.91 | 10.94 | 457.32 | 703.42 | 2,745.17 |
| YTD | 2,000.00 | 98,834.22 | 273.50 | 12,439.19 | 18,116.76 | 68,278.27 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 11/24/2025 - 12/07/2025 | 80 | 0 | 3,905.91 | 2000 | 97,264.85 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 |
| Earnings | | | | 3,905.91 | | 98,834.22 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 219.63 | 5,564.39 |
| Medicare | 51.37 | 1,301.35 |
| Federal Withholding | 186.32 | 5,573.45 |
| Associate Taxes | 457.32 | 12,439.19 |

### Non Cash

| Description | Amount | YTD |
|---|---|---|
| Group Term Life | 10.94 | 273.50 |
| Non Cash | 10.94 | 273.50 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | | 723.36 |
| 401k Loan (002) | 65.14 | 716.54 |
| 401k Pretax Contribution | 234.36 | 6,578.86 |
| AD&D Family Coverage | 5.08 | 127.00 |
| Dental Employee Pre Tax | 43.00 | 1,075.00 |
| Dependent Child Life Insurance | 0.62 | 15.50 |
| Dependent Spouse Life Insurance | 4.64 | 116.00 |
| Group Legal | 9.50 | 237.50 |
| Medical Employee Pre Tax | 320.00 | 8,000.00 |
| Optional Group Life Insurance | 9.70 | 242.50 |
| Vision Employee Pre Tax | 11.38 | 284.50 |
| Deductions | 703.42 | 18,116.76 |

### Company Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k 2% Company Contribution | | 2,009.56 |
| 401k Company Match | 195.30 | 4,941.82 |
| Company Paid Basic Life Insurance | 6.05 | 151.25 |
| Company Paid Dental | 0.22 | 5.50 |
| Company Paid Medical | 549.00 | 13,542.80 |
| FUI (Federal) | 0.00 | 42.00 |
| LTD | 36.72 | 918.00 |
| Medicare (Federal) | 51.37 | 1,301.35 |
| OASDI (Federal) | 219.63 | 5,564.39 |
| STD | 0.86 | 21.50 |
| SUI - ER Paid (Texas) | 0.00 | 139.50 |
| Company Paid Benefits | 1,059.15 | 28,637.67 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,542.47 | 89,748.22 |
| Medicare - Taxable Wages | 3,542.47 | 89,748.22 |
| Federal Withholding - Taxable Wages | 3,308.11 | 83,169.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 100 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 88 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Region Bank | payroll | ******4743 | | 2,745.17 | USD |



Regions Bank  P.O. Box 11007 Birmingham, AL 35288  +1 (877) 562-8383
Jerry Ogwezi   3043 Rosina Grand Prairie, TX 75054

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | R4YB9 | 11/10/2025 | 11/23/2025 | 11/21/2025 | |

| | Hours Worked | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,905.91 | 10.94 | 457.32 | 703.42 | 2,745.17 |
| YTD | 1,920.00 | 94,928.31 | 262.56 | 11,981.87 | 17,413.34 | 65,533.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 11/10/2025 - 11/23/2025 | 80 | 0 | 3,905.91 | 1920 | 93,358.94 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 |
| Earnings | | | | 3,905.91 | | 94,928.31 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 219.64 | 5,344.76 |
| Medicare | 51.36 | 1,249.98 |
| Federal Withholding | 186.32 | 5,387.13 |
| Associate Taxes | 457.32 | 11,981.87 |

### Non Cash

| Description | Amount | YTD |
|---|---|---|
| Group Term Life | 10.94 | 262.56 |
| Non Cash | 10.94 | 262.56 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | | 723.36 |
| 401k Loan (002) | 65.14 | 651.40 |
| 401k Pretax Contribution | 234.36 | 6,344.50 |
| AD&D Family Coverage | 5.08 | 121.92 |
| Dental Employee Pre Tax | 43.00 | 1,032.00 |
| Dependent Child Life Insurance | 0.62 | 14.88 |
| Dependent Spouse Life Insurance | 4.64 | 111.36 |
| Group Legal | 9.50 | 228.00 |
| Medical Employee Pre Tax | 320.00 | 7,680.00 |
| Optional Group Life Insurance | 9.70 | 232.80 |
| Vision Employee Pre Tax | 11.38 | 273.12 |
| Deductions | 703.42 | 17,413.34 |

### Company Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k 2% Company Contribution | | 2,009.56 |
| 401k Company Match | 195.30 | 4,746.52 |
| Company Paid Basic Life Insurance | 6.05 | 145.20 |
| Company Paid Dental | 0.22 | 5.28 |
| Company Paid Medical | 549.00 | 12,993.80 |
| FUI (Federal) | 0.00 | 42.00 |
| LTD | 36.72 | 881.28 |
| Medicare (Federal) | 51.36 | 1,249.98 |
| OASDI (Federal) | 219.64 | 5,344.76 |
| STD | 0.86 | 20.64 |
| SUI - ER Paid (Texas) | 0.00 | 139.50 |
| Company Paid Benefits | 1,059.15 | 27,578.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,542.47 | 86,205.75 |
| Medicare - Taxable Wages | 3,542.47 | 86,205.75 |
| Federal Withholding - Taxable Wages | 3,308.11 | 79,861.25 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 100 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 88 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Region Bank | payroll | ******4743 | | 2,745.17 | USD |



Regions Bank   P.O. Box 11007 Birmingham, AL 35288   +1 (877) 562-8383
Jerry Ogwezi   3043 Rosina Grand Prairie, TX 75054

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | R4YB9 | 10/27/2025 | 11/09/2025 | 11/07/2025 | |

| | Hours Worked | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,905.91 | 10.94 | 457.32 | 703.42 | 2,745.17 |
| YTD | 1,840.00 | 91,022.40 | 251.62 | 11,524.55 | 16,709.92 | 62,787.93 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 10/27/2025 - 11/09/2025 | 80 | 0 | 3,905.91 | 1840 | 89,453.03 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 |
| Earnings | | | | 3,905.91 | | 91,022.40 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 219.63 | 5,125.12 |
| Medicare | 51.37 | 1,198.62 |
| Federal Withholding | 186.32 | 5,200.81 |
| Associate Taxes | 457.32 | 11,524.55 |

### Non Cash

| Description | Amount | YTD |
|---|---|---|
| Group Term Life | 10.94 | 251.62 |
| Non Cash | 10.94 | 251.62 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | | 723.36 |
| 401k Loan (002) | 65.14 | 586.26 |
| 401k Pretax Contribution | 234.36 | 6,110.14 |
| AD&D Family Coverage | 5.08 | 116.84 |
| Dental Employee Pre Tax | 43.00 | 989.00 |
| Dependent Child Life Insurance | 0.62 | 14.26 |
| Dependent Spouse Life Insurance | 4.64 | 106.72 |
| Group Legal | 9.50 | 218.50 |
| Medical Employee Pre Tax | 320.00 | 7,360.00 |
| Optional Group Life Insurance | 9.70 | 223.10 |
| Vision Employee Pre Tax | 11.38 | 261.74 |
| Deductions | 703.42 | 16,709.92 |

### Company Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k 2% Company Contribution | | 2,009.56 |
| 401k Company Match | 195.30 | 4,551.22 |
| Company Paid Basic Life Insurance | 6.05 | 139.15 |
| Company Paid Dental | 0.22 | 5.06 |
| Company Paid Medical | 549.00 | 12,444.80 |
| FUI (Federal) | 0.00 | 42.00 |
| LTD | 36.72 | 844.56 |
| Medicare (Federal) | 51.37 | 1,198.62 |
| OASDI (Federal) | 219.63 | 5,125.12 |
| STD | 0.86 | 19.78 |
| SUI - ER Paid (Texas) | 0.00 | 139.50 |
| Company Paid Benefits | 1,059.15 | 26,519.37 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,542.47 | 82,663.28 |
| Medicare - Taxable Wages | 3,542.47 | 82,663.28 |
| Federal Withholding - Taxable Wages | 3,308.11 | 76,553.14 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 100 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 88 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Region Bank | payroll | ******4743 | | 2,745.17 | USD |



Regions Bank  P.O. Box 11007 Birmingham, AL 35288  +1 (877) 562-8383
Jerry Ogwezi  3043 Rosina Grand Prairie, TX 75054

| Name | Company | | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | | R4YB9 | 10/13/2025 | 10/26/2025 | 10/24/2025 | |
| | Hours Worked | | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
| Current | 80.00 | | 3,905.91 | 10.94 | 457.31 | 703.42 | 2,745.18 |
| YTD | 1,760.00 | | 87,116.49 | 240.68 | 11,067.23 | 16,006.50 | 60,042.76 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 10/13/2025 - 10/26/2025 | 80 | 0 | 3,905.91 | 1760 | 85,547.12 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 |
| Earnings | | | | 3,905.91 | | 87,116.49 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 219.63 | 4,905.49 |
| Medicare | 51.36 | 1,147.25 |
| Federal Withholding | 186.32 | 5,014.49 |
| Associate Taxes | 457.31 | 11,067.23 |

### Non Cash

| Description | Amount | YTD |
|---|---|---|
| Group Term Life | 10.94 | 240.68 |
| Non Cash | 10.94 | 240.68 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | | 723.36 |
| 401k Loan (002) | 65.14 | 521.12 |
| 401k Pretax Contribution | 234.36 | 5,875.78 |
| AD&D Family Coverage | 5.08 | 111.76 |
| Dental Employee Pre Tax | 43.00 | 946.00 |
| Dependent Child Life Insurance | 0.62 | 13.64 |
| Dependent Spouse Life Insurance | 4.64 | 102.08 |
| Group Legal | 9.50 | 209.00 |
| Medical Employee Pre Tax | 320.00 | 7,040.00 |
| Optional Group Life Insurance | 9.70 | 213.40 |
| Vision Employee Pre Tax | 11.38 | 250.36 |
| Deductions | 703.42 | 16,006.50 |

### Company Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k 2% Company Contribution | | 2,009.56 |
| 401k Company Match | 195.30 | 4,355.92 |
| Company Paid Basic Life Insurance | 6.05 | 133.10 |
| Company Paid Dental | 0.22 | 4.84 |
| Company Paid Medical | 549.00 | 11,895.80 |
| FUI (Federal) | 0.00 | 42.00 |
| LTD | 36.72 | 807.84 |
| Medicare (Federal) | 51.36 | 1,147.25 |
| OASDI (Federal) | 219.63 | 4,905.49 |
| STD | 0.86 | 18.92 |
| SUI - ER Paid (Texas) | 0.00 | 139.50 |
| Company Paid Benefits | 1,059.14 | 25,460.22 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,542.47 | 79,120.81 |
| Medicare - Taxable Wages | 3,542.47 | 79,120.81 |
| Federal Withholding - Taxable Wages | 3,308.11 | 73,245.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 4000 | |
| Additional Withholding | 100 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Sick Time Off Plan | 0 | 0 | 88 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Region Bank | payroll | ******4743 | | 2,745.18 | USD |


REGIONS

Regions Bank  P.O. Box 11007 Birmingham, AL 35288  +1 (877) 562-8383
Jerry Ogwezi  3043 Rosina Grand Prairie, TX 75054

| Name | Company | | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jerry Ogwezi | Regions Bank | | R4YB9 | 09/29/2025 | 10/12/2025 | 10/10/2025 | |

| | Hours Worked | Gross Pay | Non Cash | Associate Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 3,905.91 | 10.94 | 457.33 | 703.42 | 2,745.16 |
| YTD | 1,680.00 | 83,210.58 | 229.74 | 10,609.92 | 15,303.08 | 57,297.58 |

| Earnings | | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 09/29/2025 - 10/12/2025 | 80 | 0 | 3,905.91 | 1680 | 81,641.21 | OASDI | 219.64 | 4,685.86 |
| TeamWorks Team I | | | 0 | | 0 | 1,569.37 | Medicare | 51.37 | 1,095.89 |
| | | | | | | | Federal Withholding | 186.32 | 4,828.17 |
| Earnings | | | | 3,905.91 | | 83,210.58 | Associate Taxes | 457.33 | 10,609.92 |

| Non Cash | | | Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Group Term Life | 10.94 | 229.74 | 401k Loan (001) | | 723.36 |
| | | | 401k Loan (002) | 65.14 | 455.98 |
| | | | 401k Pretax Contribution | 234.36 | 5,641.42 |
| | | | AD&D Family Coverage | 5.08 | 106.68 |
| | | | Dental Employee Pre Tax | 43.00 | 903.00 |
| | | | Dependent Child Life Insurance | 0.62 | 13.02 |
| | | | Dependent Spouse Life Insurance | 4.64 | 97.44 |
| | | | Group Legal | 9.50 | 199.50 |
| | | | Medical Employee Pre Tax | 320.00 | 6,720.00 |
| | | | Optional Group Life Insurance | 9.70 | 203.70 |
| | | | Vision Employee Pre Tax | 11.38 | 238.98 |
| Non Cash | 10.94 | 229.74 | Deductions | 703.42 | 15,303.08 |

| Company Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k 2% Company Contribution | | 2,009.56 | OASDI - Taxable Wages | 3,542.47 | 75,578.34 |
| 401k Company Match | 195.30 | 4,160.62 | Medicare - Taxable Wages | 3,542.47 | 75,578.34 |
| Company Paid Basic Life Insurance | 6.05 | 127.05 | Federal Withholding - Taxable Wages | 3,308.11 | 69,936.92 |
| Company Paid Dental | 0.22 | 4.62 | | | |
| Company Paid Medical | 549.00 | 11,346.80 | | | |
| FUI (Federal) | 0.00 | 42.00 | | | |
| LTD | 36.72 | 771.12 | | | |
| Medicare (Federal) | 51.37 | 1,095.89 | | | |
| OASDI (Federal) | 219.64 | 4,685.86 | | | |
| STD | 0.86 | 18.06 | | | |
| SUI - ER Paid (Texas) | 0.00 | 139.50 | | | |
| Company Paid Benefits | 1,059.16 | 24,401.08 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | Sick Time Off Plan | 0 | 0 | 88 |
| Allowances | 0 | 0 | | | | |
| Total Dependent Amount | 4000 | | | | | |
| Additional Withholding | 100 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Region Bank | payroll | ******4743 | | 2,745.16  USD |