1/2/26, 6:08 PM                                           PayStub



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MINGLE, MAVIS

**Company:** RED OAK DRUG, INC. (6023800)
120 S GRAND AVE STE 1
WAXAHACHIE, TX 75165

**Phone:** (972) 617 2222

**Employee ID:** 4520151

**Pay Date:** 12/19/2025
**PayPeriod:** 12/01/2025 To 12/15/2025
**Pay Frequency:** SemiMonthly

**Check #:** 95470708

**Pay Type:** Salary
**Department:** 0
**Location:** 0

Gross Earnings: 5,423.54    Total Taxes: 1,610.83    Total Deductions: 598.86    Net Pay: 3,213.85

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Tracking Vacation - Reg | 12/01/2025 | 12/07/2025 | 8.00 | | | 0.00 |
| Salary - Exempt | 12/01/2025 | 12/15/2025 | | | 5,373.54 | 5,373.54 125,733.94 |
| Wellness Pay - Reg | 12/01/2025 | 12/15/2025 | | | 50.00 | 1,200.00 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Bonus - Sup | | | | | | 400.00 |
| **Gross** | | | | | | 5,423.54 127,333.94 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 2,400.00 |
| 401K Plan | 108.47 | 2,546.67 |
| **Total** | **208.47** | **4,946.67** |
| **After Tax** | | |
| Vol Life | 62.43 | 1,459.38 |
| Vol Disability | 55.77 | 1,302.55 |
| Vol AD&D | 10.06 | 234.98 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 2,284.42 |
| 401K Roth | 108.47 | 2,546.67 |
| **Total** | **390.39** | **7,828.00** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 1,203.58 | 21,012.12 |
| SocSec | 330.06 | 7,745.91 |
| Medicare | 77.19 | 1,811.56 |
| **Total** | **1,610.83** | **30,569.59** |

**Federal Tax Withholding Elections**
Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 400.00
Exempt: No

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 122,387.27 |
| Social Security | 124,933.94 |
| Medicare | 124,933.94 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,213.85 |

Insperity PEO Services, L.P.     19001 Crescent Springs Drive, Kingwood, TX 77339-3802     866-715-3552



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | | |
|---|---|---|---|
| **Employee:** MINGLE, MAVIS | Employee ID: 4520151 | Check #: 95230083 | |
| **Company:** RED OAK DRUG, INC. (6023800) | | | |
| 120 S GRAND AVE STE 1 | Pay Date: 12/15/2025 | Pay Type: Salary | |
| WAXAHACHIE, TX 75165 | PayPeriod: 12/01/2025 To 12/05/2025 | Department: 0 | |
| Phone: (972) 617 2222 | Pay Frequency: SemiMonthly | Location: 0 | |
| Gross Earnings: 400.00 | Total Taxes: 116.84 | Total Deductions: 16.00 | Net Pay: 267.16 |

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Bonus - Sup | 12/01/2025 | 12/05/2025 | | | 400.00 | 400.00 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Salary - Exempt | | | | | | 120,360.40 |
| Wellness Pay - Reg | | | | | | 1,150.00 |
| Gross | | | | | 400.00 | 121,910.40 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 0.00 | 2,300.00 |
| 401K Plan | 8.00 | 2,438.20 |
| Total | 8.00 | 4,738.20 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 86.24 | 19,808.54 |
| SocSec | 24.80 | 7,415.85 |
| Medicare | 5.80 | 1,734.37 |
| Total | 116.84 | 28,958.76 |

### After Tax

| Description | Current | YTD |
|---|---|---|
| Vol Life | 0.00 | 1,396.95 |
| Vol Disability | 0.00 | 1,246.78 |
| Vol AD&D | 0.00 | 224.92 |
| 401K Loans | 0.00 | 2,130.76 |
| 401K Roth | 8.00 | 2,438.20 |
| Total | 8.00 | 7,437.61 |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 400.00
Exempt: No

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| #######0614 | #######0829 | 267.16 |

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 117,172.20 |
| Social Security | 119,610.40 |
| Medicare | 119,610.40 |

https://portalapps.insperity.com/EPayStub/PayStub_Report.aspx

2/4



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee: MINGLE, MAVIS**         Employee ID: 4520151         Check #: 95210346

**Company: RED OAK DRUG, INC. (6023800)**
120 S GRAND AVE STE 1                 Pay Date: 12/08/2025          Pay Type: Salary
WAXAHACHIE, TX 75165                  PayPeriod: 11/16/2025 To      Department: 0
                                      11/30/2025
Phone: (972) 617 2222                 Pay Frequency: SemiMonthly    Location: 0

Gross Earnings: 5,423.54    Total Taxes: 1,610.83    Total Deductions: 598.89    Net Pay: 3,213.82

---

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 11/16/2025 | 11/30/2025 | | | 5,373.54 | 5,373.54 120,360.40 |
| Wellness Pay - Reg | 11/16/2025 | 11/30/2025 | | | | 50.00   1,150.00 |
| Tracking Vacation - Reg | 11/17/2025 | 11/23/2025 | 8.00 | | | 0.00 |
| **Gross** | | | | | | 5,423.54 121,510.40 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 2,300.00 |
| 401K Plan | 108.47 | 2,430.20 |
| **Total** | **208.47** | **4,730.20** |
| **After Tax** | | |
| Vol Life | 62.44 | 1,396.95 |
| Vol Disability | 55.78 | 1,246.78 |
| Vol AD&D | 10.07 | 224.92 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 2,130.76 |
| 401K Roth | 108.47 | 2,430.20 |
| **Total** | **390.42** | **7,429.61** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 1,203.58 | 19,722.30 |
| SocSec | 330.06 | 7,391.05 |
| Medicare | 77.19 | 1,728.57 |
| **Total** | **1,610.83** | **28,841.92** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 400.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 116,780.20 |
| Social Security | 119,210.40 |
| Medicare | 119,210.40 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,213.82 |

Insperity PEO Services, L.P.        19001 Crescent Springs Drive, Kingwood, TX 77339-3802        866-715-3552



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

| | | |
|---|---|---|
| **Employee: MINGLE, MAVIS** | Employee ID: 4520151 | Check #: 94739643 |
| **Company: RED OAK DRUG, INC. (6023800)** | | |
| 120 S GRAND AVE STE 1 | Pay Date: 11/20/2025 | Pay Type: Salary |
| WAXAHACHIE, TX 75165 | PayPeriod: 11/01/2025 To 11/15/2025 | Department: 0 |
| Phone: (972) 617 2222 | Pay Frequency: SemiMonthly | Location: 0 |
| Gross Earnings: 5,423.54 | Total Taxes: 1,610.83   Total Deductions: 598.86 | Net Pay: 3,213.85 |

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 11/01/2025 | 11/15/2025 | | 5,373.54 | 5,373.54 | 114,986.86 |
| Wellness Pay - Reg | 11/01/2025 | 11/15/2025 | | | 50.00 | 1,100.00 |
| Tracking Vacation - Reg | 11/03/2025 | 11/09/2025 | 8.00 | | | 0.00 |
| Gross | | | | | 5,423.54 | 116,086.86 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 2,200.00 |
| 401K Plan | 108.47 | 2,321.73 |
| **Total** | **208.47** | **4,521.73** |

| After Tax | Current | YTD |
|---|---|---|
| Vol Life | 62.43 | 1,334.51 |
| Vol Disability | 55.77 | 1,191.00 |
| Vol AD&D | 10.06 | 214.85 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 1,977.10 |
| 401K Roth | 108.47 | 2,321.73 |
| **Total** | **390.39** | **7,039.19** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 1,203.58 | 18,518.72 |
| SocSec | 330.06 | 7,060.99 |
| Medicare | 77.19 | 1,651.38 |
| **Total** | **1,610.83** | **27,231.09** |

**Federal Tax Withholding Elections**
Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 400.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 111,565.13 |
| Social Security | 113,886.86 |
| Medicare | 113,886.86 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,213.85 |

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



### Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MINGLE, MAVIS    Employee ID: 4520151    Check #: 94399740

**Company:** RED OAK DRUG, INC. (6023800)
120 S GRAND AVE STE 1
WAXAHACHIE, TX 75165

Pay Date: 11/05/2025    Pay Type: Salary
PayPeriod: 10/16/2025 To 10/31/2025    Department: 0

Phone: (972) 617 2222    Pay Frequency: SemiMonthly    Location: 0

Gross Earnings: 5,423.54    Total Taxes: 1,610.83    Total Deductions: 598.89    Net Pay: 3,213.82

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 10/16/2025 | 10/31/2025 | | 5,373.54 | 5,373.54 | 109,613.32 |
| Wellness Pay - Reg | 10/16/2025 | 10/31/2025 | | | 50.00 | 1,050.00 |
| **Gross** | | | | | **5,423.54** | **110,663.32** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 2,100.00 |
| 401K Plan | 108.47 | 2,213.26 |
| **Total** | **208.47** | **4,313.26** |
| **After Tax** | | |
| Vol Life | 62.44 | 1,272.08 |
| Vol Disability | 55.78 | 1,135.23 |
| Vol AD&D | 10.07 | 204.79 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 1,823.44 |
| 401K Roth | 108.47 | 2,213.26 |
| **Total** | **390.42** | **6,648.80** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 1,203.58 | 17,315.14 |
| SocSec | 330.06 | 6,730.93 |
| Medicare | 77.19 | 1,574.19 |
| **Total** | **1,610.83** | **25,620.26** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 0.00
Deductions: $ 0.00
Extra Withholding: $ 400.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 106,350.06 |
| Social Security | 108,563.32 |
| Medicare | 108,563.32 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,213.82 |

Insperity PEO Services, L.P.    19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MINGLE, MAVIS        **Employee ID:** 4520151        **Check #:** 94041469

**Company:** RED OAK DRUG, INC. (6023800)
120 S GRAND AVE STE 1        **Pay Date:** 10/20/2025        **Pay Type:** Salary
WAXAHACHIE, TX 75165        **PayPeriod:** 10/01/2025 To 10/15/2025        **Department:** 0

**Phone:** (972) 617 2222        **Pay Frequency:** SemiMonthly        **Location:** 0

**Gross Earnings:** 5,423.54    **Total Taxes:** 1,044.16    **Total Deductions:** 598.86    **Net Pay:** 3,780.52

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 10/01/2025 | 10/15/2025 | | 5,373.54 | 5,373.54 | 104,239.78 |
| Wellness Pay - Reg | 10/01/2025 | 10/15/2025 | | | 50.00 | 1,000.00 |
| **Gross** | | | | | 5,423.54 | 105,239.78 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 2,000.00 |
| 401K Plan | 108.47 | 2,104.79 |
| **Total** | 208.47 | 4,104.79 |
| **After Tax** | | |
| Vol Life | 62.43 | 1,209.64 |
| Vol Disability | 55.77 | 1,079.45 |
| Vol AD&D | 10.06 | 194.72 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 1,669.78 |
| 401K Roth | 108.47 | 2,104.79 |
| **Total** | 390.39 | 6,258.38 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 636.91 | 16,111.56 |
| SocSec | 330.06 | 6,400.87 |
| Medicare | 77.19 | 1,497.00 |
| **Total** | 1,044.16 | 24,009.43 |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 4,000.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 101,134.99 |
| Social Security | 103,239.78 |
| Medicare | 103,239.78 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,780.52 |

Insperity PEO Services, L.P.  19001 Crescent Springs Drive, Kingwood, TX 77339-3802    866-715-3552



**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MINGLE, MAVIS     **Employee ID:** 4520151     **Check #:** 93682700

**Company:** RED OAK DRUG, INC. (6023800)
120 S GRAND AVE STE 1     **Pay Date:** 10/03/2025     **Pay Type:** Salary
WAXAHACHIE, TX 75165     **PayPeriod:** 09/16/2025 To 09/30/2025     **Department:** 0

**Phone:** (972) 617 2222     **Pay Frequency:** SemiMonthly     **Location:** 0

**Gross Earnings:** 5,423.54     **Total Taxes:** 1,044.16     **Total Deductions:** 598.89     **Net Pay:** 3,780.49

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 09/16/2025 | 09/30/2025 | | 5,373.54 | 5,373.54 | 98,866.24 |
| Wellness Pay - Reg | 09/16/2025 | 09/30/2025 | | | 50.00 | 950.00 |
| **Gross** | | | | | **5,423.54** | **99,816.24** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| FSA-Pre | 100.00 | 1,900.00 |
| 401K Plan | 108.47 | 1,996.32 |
| **Total** | **208.47** | **3,896.32** |

| **After Tax** | | |
|---|---|---|
| Vol Life | 62.44 | 1,147.21 |
| Vol Disability | 55.78 | 1,023.68 |
| Vol AD&D | 10.07 | 184.66 |
| 401K Loans | 71.71 | 0.00 |
| 401K Loans | 81.95 | 1,516.12 |
| 401K Roth | 108.47 | 1,996.32 |
| **Total** | **390.42** | **5,867.99** |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 636.91 | 15,474.65 |
| SocSec | 330.06 | 6,070.81 |
| Medicare | 77.19 | 1,419.81 |
| **Total** | **1,044.16** | **22,965.27** |

### Federal Tax Withholding Elections

Filing Status: Married filing jointly
Two Jobs: Yes
Claim Dependents: $ 4,000.00
Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 95,919.92 |
| Social Security | 97,916.24 |
| Medicare | 97,916.24 |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| ########0614 | ########0829 | 3,780.49 |