| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jerry Ogwezi | Social Security number or ITIN: | xxx–xx–5437 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | Mavis Ogwezi | Social Security number or ITIN: | xxx–xx–5733 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7   1/20/26 |
| Case number: | 26–40273–mxm7 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20                                                                                      10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jerry Ogwezi | Mavis Ogwezi |
| 2. | **All other names used in the last 8 years** | | aka Mavis Mingle–Ogwezi |
| 3. | **Address** | 3043 Rosina<br>Grand Prairie, TX 75054 | 3043 Rosina<br>Grand Prairie, TX 75054 |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br><br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Roddrick Newhouse<br>401 Century Pkwy<br>Unit 715<br>Allen, TX 75013 | Contact phone 469–777–6560 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline Set**                            page 1

Debtor **Jerry Ogwezi** and **Mavis Ogwezi**　　　　　　　　　　　　　　　　　　　　　　　　Case number **26–40273–mxm7**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact phone 817–333–6000<br><br>Date: 1/20/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 18, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 813 822 9351, and Passcode 9957098007, OR call 1–469–784–9078**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| **8.**　　**Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/20/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**　　　　page **2**

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-40273-mxm |
| Jerry Ogwezi | Chapter 7 |
| Mavis Ogwezi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 20, 2026 | Form ID: 309A | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Ogwezi, Mavis Ogwezi, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134407 | + | Axiom Acquisition Ventures LLC, PO Box 2365, Oldsmar, FL 34677-2193 |
| 23134409 | + | Best Egg Loan, PO Box 4115, Concord, CA 94524-4115 |
| 23134410 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23134412 | + | Capital One Auto Finance, PO Box 650574, Dallas, TX 75265-0574 |
| 23134424 | | Full Circle Financial Services LLC, 12425 Race Track Rd Suite 100, Oldsmar, FL 34677 |
| 23134428 | + | Lam, Lyn & Philip, P.C., 6363 Woodway Driver Suite 975, Houston, TX 77057-1713 |
| 23134431 | + | Linebarger Goggan Blair & Sampson, LLP, PO Box 708906, San Antonio, TX 78270-8906 |
| 23134433 | + | Methodist Health System, 3400 Texoma Parkway, Sherman, TX 75090-1902 |
| 23134435 | | Nj E Z Pass, New York, New York, NY 1006 |
| 23134436 | + | Ogwezi Enterprises LLC, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134442 | + | Regions Bank, 51 Main St S, New London, MN 56273-5001 |
| 23134443 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23134446 | + | Stearns Bank National, Po Box 327, Albany, MN 56307-0327 |
| 23134448 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Jan 21 2026 00:03:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FRBNEWHOUSE | Jan 21 2026 05:02:00 | Roddrick Newhouse, 401 Century Pkwy, Unit 715, Allen, TX 75013-8043 |
| 23134405 | + | EDI: CAPIO.COM | Jan 21 2026 05:02:00 | Asset Care LLC, PO Box 120540, Dallas, TX 75312-0540 |
| 23134406 | ^ | MEBN | Jan 21 2026 00:00:04 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23134408 | + | EDI: BANKAMER | Jan 21 2026 05:02:00 | Bank Of America Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23134417 | | Email/Text: correspondence@credit-control.com | Jan 21 2026 00:03:00 | Credit Control LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 23134411 | + | EDI: CAPITALONE.COM | Jan 21 2026 05:02:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23134413 | + | EDI: JPMORGANCHASE | Jan 21 2026 05:02:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134414 | + | EDI: JPMORGANCHASE | Jan 21 2026 05:02:00 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134415 | + | EDI: JPMORGANCHASE | | |

Case 26-40273-mxm7   Doc 9   Filed 01/22/26   Entered 01/22/26 23:33:03   Desc Imaged
                              Certificate of Notice   Page 4 of 5

| District/off: 0539-4 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 20, 2026 | Form ID: 309A | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Jan 21 2026 05:02:00 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23134416 | + | Email/Text: Bankruptcynotice@cscglobal.com | Jan 21 2026 00:03:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 23134418 | + | EDI: DISCOVER | Jan 21 2026 05:02:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23134419 | + | EDI: DISCOVERPL | Jan 21 2026 05:02:00 | Discover Personal Loan, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23134420 | + | EDI: DISCOVERPL | Jan 21 2026 05:02:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23134421 | + | Email/Text: accountresolutions@eecu.org | Jan 21 2026 00:04:00 | EECU, 1617 W 7th, Fort Worth, TX 76102-2503 |
| 23134422 | | Email/Text: psadmin@finpac.com | Jan 21 2026 00:03:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 23134423 | + | Email/Text: data_processing@fin-rec.com | Jan 21 2026 00:03:00 | Financial Recovery Services, Pobox 21405, Eagan, MN 55121-0405 |
| 23134425 | | Email/Text: headwaybnc@enova.com | Jan 21 2026 00:03:00 | Headway Capital, 175 W. Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 23134426 | + | EDI: IRS.COM | Jan 21 2026 05:02:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23134427 | + | EDI: JPMORGANCHASE | Jan 21 2026 05:02:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23134429 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 21 2026 00:03:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23134430 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jan 21 2026 00:03:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23134432 | + | EDI: SYNC | Jan 21 2026 05:02:00 | Mattress Firm, PO Box 71715, Philadelphia, PA 19176-1715 |
| 23134434 | | Email/Text: bankruptcy@nfm.com | Jan 21 2026 00:03:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23134440 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 21 2026 00:03:00 | PNC Bank, PO Box 71335, Philadelphia, PA 91917 |
| 23134441 | | Email/Text: ProsperBK@prosper.com | Jan 21 2026 00:03:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 23134437 | + | Email/Text: bkrgeneric@penfed.org | Jan 21 2026 00:03:00 | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 23134439 | + | Email/Text: emccain@pbfcm.com | Jan 21 2026 00:03:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23134444 | + | Email/Text: bankruptcynotices@sba.gov | Jan 21 2026 00:03:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23134445 | | Email/Text: pacer@cpa.state.tx.us | Jan 21 2026 00:03:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23134447 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jan 21 2026 00:03:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23134449 | + | Email/Text: bcd@oag.texas.gov | Jan 21 2026 00:03:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23134450 | + | Email/Text: collections.pacer@twc.texas.gov | Jan 21 2026 00:04:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23134451 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 21 2026 00:03:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 34

| District/off: 0539-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 20, 2026 | Form ID: 309A | Total Noticed: 49 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23134438 | *+ | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2026    Signature:    /s/Gustava Winters