Certificate Number: 17572-TXN-DE-040581991

Bankruptcy Case Number: 26-40273


17572-TXN-DE-040581991

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2026, at 10:36 o'clock PM PST, Jerry Ogwezi completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   February 3, 2026                By:   /s/Leigh-Anna M Thompson

                                        Name: Leigh-Anna M Thompson

                                        Title: Counselor