**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mavis Ogwezi | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number  26-40273
(If known)

## Official Form 427

## Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

| **Part 1:** | **Explain the Repayment Terms of the Reaffirmation Agreement** |
|---|---|

**1. Who is the creditor?**

**Nebraska Furniture Mart**
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed  $ 12,182.48

To be paid under the reaffirmation agreement  $ 12,182.48

$ 488.00 per month for _as many_ months (if fixed interest rate) **as necessary until paid in full.**
See Form 2400A Reaffirmation Documents, Page 2, Section D for payment calculation details.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed **18% contract rate** %

Under the reaffirmation agreement  **18% contract rate**  ☒ Fixed rate

**All unexpired promo rates honored upon reaffirmation** ☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No
☒ Yes.  Describe the collateral.  **household goods, furnishings, electronics**

Current market value  $ **equal to or greater than amount owed**

**5. Does the creditor assert that the debt is nondischargeable?**

☒ No
☐ Yes.  Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

| Income and expenses reported on Schedules I and J | Income and expenses stated on the reaffirmation agreement |
|---|---|
| 6a. Combined monthly income from line 12 of Schedule I  $ 12,375.57 | 6e. Monthly income from all sources after payroll deductions  $ 12,375.57 |
| 6b. Monthly expenses from line 22c of Schedule J  − $ 11,403.00 | 6f. Monthly expenses  − $ 11,403.00 |
| 6c. Monthly payments on all reaffirmed debts not listed on Schedule J  − $ 0 | 6g. Monthly payments on all reaffirmed debts not included in monthly expenses  − $ 0 |
| 6d. **Scheduled net monthly income**  $ 972.57  Subtract lines 6b and 6c from 6a.  If the total is less than 0, put the number in brackets. | 6h. **Present net monthly income**  $ 972.57  Subtract lines 6f and 6g from 6e.  If the total is less than 0, put the number in brackets. |

Debtor 1    <u>Mavis Ogwezi</u>
First Name    Middle Name    Last Name

Case number *(if known)* <u>26-40273</u>

| | | |
|---|---|---|
| 7. **Are the income amounts on lines 6a and 6e different?** | ☒ No<br>☐ Yes. | Explain why they are different and complete line 10._____ <br><br> _____ |
| 8. **Are the expense amounts on lines 6b and 6f different?** | ☒ No<br>☐ Yes. | Explain why they are different and complete line 10._____ <br><br> _____ |
| 9. **Is the net monthly income in line 6h less than 0?** | ☒ No<br>☐ Yes. | A presumption of hardship arises (unless the creditor is a credit union).<br>Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.<br><br>_____<br><br>_____ |

| | |
|---|---|
| 10. **Debtor's certification about lines 7-9**<br><br>If any answer on lines 7-9 is *Yes*, the debtor must sign here.<br><br>If all the answers on lines 7-9 are *No*, go to line 11. | I certify that each explanation on lines 7-9 is true and correct.<br><br>✗ _____   ✗ _____<br>Signature of Debtor 1            Signature of Debtor 2 (Spouse Only in a Joint Case) |
| 11. **Did an attorney represent the debtor in negotiating the reaffirmation agreement?** | ☐ No<br>☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?<br>     ☐ No<br>     ☒ Yes |

## Part 2: Sign Here

**Whoever fills out this form must sign here.**

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this *Cover Sheet for Reaffirmation Agreement.*

✗ *Ann Wilson*
Signature

Date  2/11/2026
MM / DD / YYYY

**Ann Wilson, Lead Legal Coordinator for Nebraska Furniture Mart**
Printed Name

Check one:

☐ Debtor or Debtor's Attorney

☒ Creditor or Creditor's Attorney

Form 2400A (12/15)

> Check one.
> ☐ **Presumption of Undue Hardship**
> ☒ **No Presumption of Undue Hardship**
> *See Debtor's Statement in Support of Reaffirmation,*
> *Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Texas

In re _Mavis Ogwezi_____

_____    *Debtor*

Case No. _26-40273_____

Chapter _____**7**_____

## REAFFIRMATION DOCUMENTS

### Name of Creditor: ___**Nebraska Furniture Mart**___

☐ Check this box if Creditor is a Credit Union

## PART I.  REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision.  Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A.  Brief description of the original agreement being reaffirmed:  **Revolving Charge Agreement**

*For example, auto loan*

B.  *AMOUNT REAFFIRMED*:    $_____12,182.48_____

The Amount Reaffirmed is the entire amount that you are agreeing to pay.  This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C.  The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is ___**18**_%.
**ALL UNEXPIRED PROMO RATES HONORED UPON REAFFIRMATION**
*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☒ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

D.  Reaffirmation Agreement Repayment Terms *(check and complete one)*:

✗    $ _488.00_ per month **UNTIL PAID IN FULL** due on the ___5th___ day of the month following
filing of this Reaffirmation Agreement and receipt of monthly statement as issued by creditor.

✗    Describe repayment terms, including whether future payment amount(s) may be different from
the initial payment amount.  **PAYMENTS HEREIN ARE ESTIMATED.**

**Payments are the sum of any fees, Fixed Payments, plus 4% of the New Balance, rounded up to the nearest dollar,
or $15.00, whichever is greater. Payments may increase due to the expiration of any promotional financing rates or
amounts not yet paid. Debtor hereby authorizes NFM to send monthly statements; minimum monthly payments are
due according to the monthly statements; statements will be sent after filing this Reaffirmation Agreement.**

E.  Describe the collateral, if any, securing the debt:

Description:              **household goods, furnishings, electronics**
Current Market Value    $ **equal to or greater than amount owed**

F.  Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

✗ Yes.  What was the purchase price for the collateral?          $ **varies**

❏ No.   What was the amount of the original loan?              $

G.  Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed
debt and any related agreement:

|  | Terms as of the<br>Date of Bankruptcy | Terms After<br>Reaffirmation |
|---|---|---|
| Balance due *(including<br>fees and costs)* | $          12,182.48 | $          12,182.48 |
| Annual Percentage Rate | **18** % | **18%** |
| Monthly Payment | **4% of balance or $15.00** | **See Para D above.** |

**ALL UNEXPIRED PROMO RATES HONORED UPON REAFFIRMATION**

H.  ❏   Check this box if the creditor is agreeing to provide you with additional future credit in connection w
this Reaffirmation Agreement.  Describe the credit limit, the Annual Percentage Rate that applies to
future credit and any other terms on future purchases and advances using such credit:
 **Not applicable.**


## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ✗ Yes        ❏ No

B. Is the creditor a credit union?

Check one.    ❏ Yes        ✗ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.    Your present monthly income and expenses are:

a. Monthly income from all sources after payroll deductions
(take-home pay plus any other income)    $ 12,375.57

b. Monthly expenses (including all reaffirmed debts except
this one)    $ 10,915

c. Amount available to pay this reaffirmed debt (subtract b. from a.)    $ 1,460.57

d. Amount of monthly payment required for this reaffirmed debt    $ 488.00

*If the monthly payment on this reaffirmed debt (line d.) **is greater than** the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2.    You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

Check one of the two statements below, if applicable:

☒    You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☐    You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

_____

_____

_____

Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☐    You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Form 2400A, Reaffirmation Documents

## PART III.  CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1)   I agree to reaffirm the debt described above.

(2)   Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3)   The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4)   I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5)   I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _02/04/2026_    Signature ___Maus Ogwege___
                                                   _Debtor_

Date _____    Signature _____
                                                   _Joint Debtor, if any_

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor   **Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept. #08444, The Colony, TX 75056-5348**
                    _Print Name_                                            _Address_

            **Ann Wilson, Lead Legal Coordinator**        _Ann Wilson_        **2/11/2026**
                    _Print Name of Representative_              _Signature_              _Date_

## PART IV.  CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

_To be filed only if the attorney represented the debtor during the course of negotiating this agreement._

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐  A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

_Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union._

Date _02/10/26_   Signature of Debtor's Attorney ___Clayton L Everett___

                         Print Name of Debtor's Attorney ___Clayton L. Everett___

## PART V.  DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

## A.    DISCLOSURE STATEMENT

1.   **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.   **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.   **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A ''lien'' is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.   **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.   **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.   **When will this Reaffirmation Agreement be effective?**

   a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

   i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

   ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

   b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.   **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B.   INSTRUCTIONS

1.   Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.   Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.   If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.   You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 427).

5.   *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form 2400B to do this.

## C.    DEFINITIONS

1.  **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.  **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.  **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

account nu ▮▮▮▮▮

26. **NOTICE regarding Texas sales:** For questions or complaints about this contract, contact NFM at 1(800) 359-1200 or Nebraska Furniture Mart, Inc.; 700 ▮▮▮▮▮▮▮ 9 for the Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, TX 78705. Phone: (800) 538-1579. Fax (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.

27. **ARBITRATION:** NFM and I agree that any claim or dispute ("Claim") between me and NFM and/or between me and NFM's employees, directors, owners, subsidiaries, affiliates, agents or representatives arising from or relating to this agreement (whether contract, tort, equity or statutory), may, at the election of any such party, be resolved exclusively through binding mandatory arbitration with the American Arbitration Association ("AAA") or another mutually acceptable arbitration association, except that (a) any party may file a case in a small claims court as long as it remains in such court and the Claim and any counterclaim are an individual Claim and not a class action, and (b) if NFM sues in court to collect amounts I owe, I agree that any counterclaim I may bring in such action shall be brought on an individual basis only and not as a class action. **NO PARTY MAY BRING A CLAIM OR COUNTERCLAIM AS A CLASS REPRESENTATIVE OR PARTICIPANT IN A CLASS ACTION OR COLLECTIVE ACTION. IF A CLAIM IS ARBITRATED, THE ARBITRATION REPLACES THE RIGHT TO GO TO COURT INCLUDING THE RIGHT TO A JURY.** The arbitrator shall not have the right to grant any class action in any form. The arbitrator shall not award relief in a form or amount that exceeds that available under applicable law. Unless the arbitration rules require otherwise, arbitration costs and fees will be split equally up to $400. NFM will pay any additional arbitration costs and fees subject to reapportionment in the award. For information on AAA rules and filing a case, visit www.adr.org. This clause shall inure to the benefit of and be binding on each party and their respective heirs, successors and assigns. This clause is governed by the Federal Arbitration Act and shall survive termination or payoff of this agreement.

| | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | 18% |
| How to Avoid Paying Interest | Your payment due date is at least 21 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. |
| For Credit Card Tips from the Consumer Financial Protection Bureau | To learn more about factors to consider when applying for or using a credit card, visit the website of the Consumer Financial Protection Bureau at www.consumerfinance.gov. |
| **Penalty Fees** | |
| • Late Payment | Up to $25 |
| • Returned Payment | Up to $25 |

How We Will Calculate Your Balance: We use a method called "average daily balance (including new purchases)."

Billing Rights: Information on your rights to dispute transactions and how to exercise those rights is provided with the account opening disclosures.

Security Interest: To the extent allowed by applicable law, a purchase money security interest will be taken in merchandise purchased under the account.

NOTICE TO BUYER: DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT. KEEP THIS AGREEMENT TO PROTECT YOUR LEGAL RIGHTS. YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY.

I have read and agree to the terms of the Nebraska Furniture Mart Revolving Charge Agreement (both sides) and all applicable disclosures required by federal law. **I acknowledge receipt of a copy of this agreement.**

PRINTED NAME: *Mavis Mingle - Ogwezi*

Cardholder's Signature (1)          *7/11/17*
Date

PRINTED NAME: _____

Cardholder's Signature (2)          Date

ANY HOLDER OF THIS CONSUMER CREDIT AGREEMENT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF THE GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF

ver005 12-2016

---

## BILLING RIGHTS SUMMARY

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at: Nebraska Furniture Mart, Inc., NFM BILLING INQUIRIES DEPARTMENT, PO BOX 3000, Omaha, NE 68103.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Your Rights if You Are Dissatisfied With Your Credit Card Purchases

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at: Nebraska Furniture Mart, Inc., NFM BILLING INQUIRIES DEPARTMENT, PO BOX 3000, Omaha, NE 68103.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent (and exercise other rights per your agreement with us).

## NEBRASKA FURNITURE MART REVOLVING CHARGE AGREEMENT

1. I (Cardholder) agree to pay for all purchases charged to my account by me or any person authorized to use the account in accordance with the terms of this agreement. My liability is joint and several with any cardholders signed below or otherwise becoming party to the account or this agreement. Any person authorized to use the account, by use of the account, accepts the terms of this agreement and grants the same rights and authorizations as though a party to this agreement. I understand that this agreement is with Nebraska Furniture Mart, Inc., a Nebraska corporation, and its wholly owned subsidiaries, NFM of Kansas, Inc., TXFM, Inc., Homemakers Plaza, Inc. (collectively hereinafter referred to as "NFM"). All rights to payment are assigned to Nebraska Furniture Mart, Inc. All charges on the account are subject to the prior approval of NFM. Except for the arbitration provisions, NFM has the right to change any terms of this agreement by sending me a written notice. Use of the card/charges to the account 14 days after such notice will constitute agreement to the revised terms. NFM will send me a written notice a minimum of 45 days before the effective date of the change. Under the circumstances which will be described in any such notice, I may have the right to reject such change before the effective date and close the account.

### Collateral

2. I and any authorized person by use of the account grant to NFM a purchase money security interest to the fullest extent allowed under the Uniform Commercial Code and all applicable law in all merchandise purchased under this agreement, until fully paid. I agree that the purchase of such merchandise is for personal, family, or household use only. NOTICE: If payments are not made as agreed, or the account is otherwise in default, NFM can repossess any merchandise which has not been paid for in full, without breach of the peace. Merchandise purchased under this agreement will not become fixtures nor shall the merchandise become accessions to other merchandise. No merchandise purchased under this agreement is intended to serve as collateral or security for any other purchase. NFM has elected not to cross-collateralize the items sold under this agreement.

3. If I charge a service contract or extended warranty to my account, I agree that NFM may, upon my default and with such notice and compliance with any other requirements of applicable law, contact the issuer, cancel the contract or warranty, and collect the unearned premiums, if any, for application against my account balance.

4. I will keep the merchandise purchased in good condition and free from liens and other security interests, will pay promptly all taxes and assessments thereon and will not destroy or dispose of the merchandise or encumber it until NFM has been paid in full for said merchandise.

5. Loss or damage to merchandise will not release me from the obligation to pay after I have accepted delivery of said merchandise. I agree and understand that NFM is authorized to take all necessary action to perfect and continue perfection of its security interest in all merchandise purchased pursuant to this agreement. This writing contains the full, final and exclusive statement of the parties. NFM reserves the right to demand payment by cash or certified check.

### Promotional Purchases

6. I understand any purchases I make under promotions identified as "Deferred Interest" accrue interest from the date of delivery using the Average Daily Balance method described below, but payment of the accrued interest will be deferred until the end of the promotion, as long as monthly payments are timely received by NFM. An average daily balance subject to interest which carries promotional deferred interest terms includes prior interest accrued. This accrued interest will be included in the balance for purposes of the interest calculation until the purchase amounts are fully paid before the end of the promotional period, the accrued interest will be waived. If the purchase amounts are not fully paid, the accrued interest will be added to my balance payable. I understand that if I fail to make on-time payments, all promotional terms may be canceled and all interest accrued from the date of delivery may be added to my balance payable, which will continue to accrue interest at the regular interest rate.

7. I understand any purchases I make under promotions identified as "Promotional Interest" accrue interest from the date of delivery using the Average Daily Balance method described below. I understand that if I fail to make on-time payments, all promotional terms may be canceled and my balance will revert to the regular interest rate.

8. I understand any purchases I make under promotions identified as "Level Payment" or "Fixed Payment" will require minimum payments fixed such that the qualified purchase balance will be paid in full during the promotional period, with minimum payments calculated as the balance divided by the remaining months in the promotional term, rounded up to next higher dollar amount. Adjustments and rounding may cause some variance in the minimum payments. I understand the Minimum Monthly Payment required on my monthly billing statement will be calculated as explained in paragraph 10 below.

9. I understand the terms of this agreement apply to all purchases and that any promotional terms that are different from the terms in this agreement will be explained on promotional advertising or other disclosures provided to me. I understand I may need to pay more than the minimum payment required each month in order to have purchases fully paid before the end of promotional periods. I understand any remaining balance still owed at the end of the promotional period will revert to the regular interest rate and will continue to accrue interest at that rate until fully paid.

### Statements and Payments

10. If I have a balance on my account or if transactions have occurred within a statement period, NFM will send me a statement. It will show a date identified as the Statement Date, and will show the total balance payable as of the Statement Date identified as the New Balance. I can pay the total balance on my account at any time. I agree to pay at least the amount identified as the Minimum Monthly Payment on or before the Payment Due Date specified on the statement, which will be a minimum of 21 days from the Statement Date. The Minimum Monthly Payment will be the sum of any late, returned payment and insurance fees, plus any promotional "Level Payment" or "Fixed Payment" due, plus 4% of the New Balance (excluding any promotional "Level Payment" or "Fixed Payment" balance), rounded to the next higher dollar amount or $15.00, whichever is greater, not to exceed the balance owed. I can always pay more than the Minimum Monthly Payment. I understand the unpaid portion of all charges, with both regular and promotional terms (excluding the "Deferred Interest") will be included in the calculation of the Minimum Monthly Payment.

11. NOTICE: If I pay the New Balance on or before the Payment Due Date, no interest charge will be added to my balance payable for that month. Otherwise, interest charges accrue from the date each transaction is posted.

12. Unless applicable law otherwise requires, payments will be applied first to outstanding late, returned payment and insurance fees, and promotional purchases with an outstanding "Level Payment" or "Fixed Payment" due. Next, any remaining amount of the Minimum Monthly Payment, as well as any excess over the Minimum Monthly Payment, will be applied first to amounts with promotional "Deferred Interest" terms during the last two cycles of the promotional period; next to interest-bearing amounts, in interest rate order, higher rates first; then to other amounts with promotional "Deferred Interest" terms in the order of expiration, soonest first. I understand that while I may pay an amount in excess of the Minimum Monthly Payment, this will not excuse my obligation to pay Minimum Monthly Payments each of the following months I owe a balance.

13. I hereby authorize NFM to charge to my account any purchase which I or any person authorized to use the account make via telephone or the internet. I and any authorized person understand that, at the time of purchase, I or any such authorized person must provide to NFM certain information to verify identity and account number. I understand that any purchases made in this manner will be subject to a purchase money security interest as described above. I acknowledge that purchases made by me or any authorized person via telephone or the internet will not be documented by a sales receipt bearing my initials or signature or those of any such authorized person. I and any such authorized person agree that lack of a signature or initials in these circumstances will not be a valid basis to dispute NFM's security interest or my obligation to pay for the purchase unless I have properly complied with the billing dispute procedures as referred to herein.

14. NOTICE: Pricing or mathematical errors are subject to revision by NFM upon written notice to me.

15. NOTICE: If I do not pay the total New Balance by the Payment Due Date, an interest charge will be added to the account for the current billing period. THE INTEREST CHARGE WILL BE A PERIODIC RATE OF 1.5% PER MONTH (ANNUAL PERCENTAGE RATE OF 18%), COMPUTED ON THE AVERAGE DAILY BALANCE (INCLUDING CURRENT TRANSACTIONS).

16. To calculate the Average Daily Balance, NFM will take the beginning balance of my account each day, add any new purchases or charges, and subtract any payments or credits. This gives NFM the daily balance. Then NFM will add all the daily balances from the billing cycle and divide the total by the number of days in the billing cycle. This gives NFM the Average Daily Balance.

### Default and Acceleration

17. If I fail to make payments as agreed, or I am otherwise in default, my entire balance (including all interest previously deferred) may, at NFM's option and after such notice, opportunity to cure and/or other requirements of applicable law, become due and payable. NFM's waiver of any default shall not operate as a waiver of any other default. I agree to pay reasonable expenses, court costs and attorney fees incurred by NFM to the extent allowed by applicable law if NFM elects to enforce its rights under this agreement, including but not limited to repossessing its collateral without breach of the peace, or any other rights with regard to its security under the Uniform Commercial Code and/or applicable law.

### Other Charges and Fees

18. NOTICE: If I fail to make my Minimum Monthly Payment within the number of days shown below, NFM may, to the extent allowed by applicable law, charge me a late payment fee as shown below which will be added to my balance. No late payment fee shall exceed $25 or the Minimum Monthly Payment due.

| | | |
|---|---|---|
| Nebraska Residents | after 10 days late | $5 or 5% of the unpaid amount, whichever is greater |
| Iowa Residents | after 10 days late | $15 |
| Kansas Residents | after 10 days late | $5 if the unpaid amount is $25 or less $10 if the unpaid amount is over $25 |
| Missouri Residents | after 10 days late | $5 if the unpaid amount is less than $25 $10 if the unpaid amount is $25 or more |
| Texas Residents | after 21 days late | $15 |
| Oklahoma Residents | after 10 days late | $22 or 5% of the unpaid amount, whichever is greater |
| Louisiana Residents | after 10 days late | $10 or 5% of the unpaid amount, whichever is greater |
| Arkansas Residents | after 10 days late | $25 |
| Residents of other states | after 10 days late | $25, or the maximum permitted by applicable law, whichever is less |

19. NOTICE: If I make any payment that is not honored by the bank on which it is drawn or is returned, NFM may, to the extent allowed by applicable law, charge me a returned payment fee as shown below which will be added to my balance. No returned payment fee shall exceed $25.

| | |
|---|---|
| Nebraska Residents | $15 |
| Iowa Residents | $20 |
| Kansas Residents | $25 after written notice |
| Missouri Residents | $20 |
| Texas Residents | $15 |
| Oklahoma Residents | $25 |
| Louisiana Residents | $25 |
| Arkansas Residents | $25 |
| Residents of other states | $25, or the maximum permitted by applicable law, whichever is less |

### Miscellaneous

20. I hereby authorize NFM to utilize information from any credit reporting agency at its option to periodically evaluate my credit rating and to make credit decisions based upon that information. This is a continuing authorization and may be terminated only by written revocation delivered to NFM pursuant to paragraph 21.

21. I understand that the address given with my application, or my email address, as per my request, is the address to which NFM will send any written notices to me required hereunder. In the event the address cannot be used, NFM is authorized to use the address I give in regard to the most recent transaction on the account. In the event I change addresses I must notify NFM in writing of such change of address. NFM's address for written notice purposes is: 700 S 72nd St, Omaha, NE 68114.

22. I understand any phone number or email address I provide in connection with this account, including personal or work email, land line or mobile phone, may be used by NFM or its subsidiaries, affiliates or debt collectors to contact me in regard to my account, and I consent to communication made with any other persons at such number or address. Methods of contact may include use of pre-recorded messages and automated dialing systems. I acknowledge that certain of these calls may result in telecommunications charges to me.

23. For all returned, exchanged, or canceled merchandise, I agree to pay a reasonable fee to be determined by NFM. Such charges will be subject to the same terms as my purchases. I agree to the terms printed on the front and reverse sides of, or which are provided with or as attachments to the NFM sales receipt, which are incorporated herein by this reference.

24. This agreement shall be governed by and construed under federal laws and the laws of the state of Nebraska, except to the extent described in paragraphs 18 and 19 above or determined to be subject to other state law notwithstanding this choice of laws.

25. It is NFM's intent to comply with all federal and state laws and regulations which might cover any transaction under this agreement. Consequently, if there is a conflict between any term or condition of this agreement and applicable federal or state law or regulation, this agreement will be interpreted in such a way as to conform with the requirements of such law or regulation and, to the extent any non-conformity cannot be cured, the term or condition will be construed to have been omitted from this agreement. Any interest received over an applicable limit will be applied to the account balance or refunded.

AccuTerm Screen Print - POPS-PROD    4:51:12 PM 27 Jan 2026

```
AR.REV.PLN.INQ              NFM User System        Ex3L15074 01/27/26 16:51:10
                   A/R Customer Revolving Plan Inquiry
   = Account #   ████6835      Name/s MAVIS A MINGLE OGWEZI
   = Plan Code REV  Regular Revolving Charge          Pmt Prot Declined
          Remarks
           ┌──────── P L A N   A G I N G ────────┬─ M I S C    I N F O ──
   Balance Due    12,182.48 Overdue  1-29       0.00│ Date Opened  07/11/17
   In Dispute         0.00 Overdue 30-59        0.00│ Date Closed  11/10/24
   On Deposit         0.00 Overdue 60-89        0.00├─ L a s t        P m t
                           Overdue 90-119       0.00│ Pmt Date     07/20/24
   Next Statement 02/10/26 Overdue 120+    12,182.48│ Pmt Amt        250.00
        ┌─── L A S T   S T A T E M E N T   I N F O ──┬─ S T I L L    D U E ─
   Last Stm       05/10/25 Min Mthly Pmt       0.00│ Late (--)        0.00
   New Bal        12,182.48 Past Due Amt   12,182.48│ Expected    12,182.48
   Int-Brg Bal        0.00 Payment Due    12,182.48│ Int-Brg         0.00
                           Payment Due On   06/05/25│
   ┌─ P L A N   S T A T U S ─┬── O V E R D U E   P L A N    T A L L I E S ──
   │ Code 91HT   BK7 HOUS    │     1 Mo    2 Mo    3 Mo    4 Mo    5 Mo
   │ **Bad Debt**            │  #    8       7       7       7      14
   │ Bad Debted on 12/31/24  │ Last 02/10/25 03/10/25 04/10/25 05/10/25 01/10/26

   (D)tl (S)tmts (C)onv (T)allies (R)mrks (P)mntSchd (M)iscChrgs (E)xit (Q)uit  _
```

AccuTerm Screen Print - POPS-PROD   4:51:23 PM 27 Jan 2026

```
AR.OPN.REV.DTL            NFM User System          Ex4L15074 01/27/26 16:51:21
                    A/R Open Transaction Detail Inquiry
                                                      Nbr of Trans 8
      =Account #    6835   MAVIS A MINGLE OGWEZI        =Plan Code REV
 Line#  Reference  Description TranDate Gp    Amount    Int-Bearing/Terms
 -----  ---------- ----------- -------- -- ----------- -------------------------
 1     s82965      Late Fee    08/26/24 1       15.69 PP:Payment Priority FEE

 2     s82950      Late Fee    09/26/24 1       15.57 PP:Payment Priority FEE

 3     s82927      Late Fee    10/26/24 1       15.35 PP:Payment Priority FEE

 4     s82966      Late Fee    11/26/24 1       15.11 PP:Payment Priority FEE

 5     s56540536A  Flooring/Co 09/06/22 2    4,834.55

 6     s58575993   Home Entert 09/10/22 2    5,104.00

 7     s58576041   Furniture D 09/10/22 2      210.82


 Ln#,Show(P)romo,Show(ID),Hide(T)rm,Show(R)mrks,(C)lsd,(S)crl,(M)ore,(Q)uit ____
```

```
AccuTerm Screen Print - POPS-PROD   4:51:26 PM 27 Jan 2026

AR.OPN.REV.DTL              NFM User System              Ex4L15074 01/27/26 16:51:21
                    A/R Open Transaction Detail Inquiry
                                                        Nbr of Trans 8
     =Account #    6835   MAVIS A MINGLE OGWEZI          =Plan Code REV
Line# Reference   Description TranDate Gp    Amount       Int-Bearing/Terms
----- ----------  ----------- -------- --  ----------- -------------------------
8     s62609291   Furniture D 09/20/22  2    1,971.39




Ln#,Show(P)romo,Show(ID),Hide(T)rm,Show(R)mrks,(C)lsd,(S)crl,(M)ore,(Q)uit _____
```

 **Station**
14863 09:34   **REVOLVING CHARGE ACCOUNT**
09/09/22

**Customer Service: (972) 668-3899 or (844) 350-6278**



**LUMP SUM CONTRACT**

ORDER: SBP **56540536A**   V 3 PG 1

| N F M   C O P Y |
|---|

**BUYER** ⬛ 835   Called/Placed by: MAVIS A MINGLE

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

**INSTALLATION ADDRESS:**

Installer: Nfm Installation {748}

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

**MEASURE DATE: 08/31/22 TUE**
8am-5pm Measure Intown {704}
Installation On: 09/06/22 TUE

Order Date: 05-29-22 SUN Sold by: 6368   Orvell L x66110

| Ln | SKU | Ship Date | Item Description | Rooms | Quantity | | Unit | |
|---|---|---|---|---|---|---|---|---|
| 1 | 4678090 | 09/06 | LABOR-LOCKING LAM/WOOD/LVP/LVT SYSTEM-Lock1 | | 807.50 | | Ft | |
| | | | *ADJUSTED FROM 836.41 BY 28.84 TO 807.50* | | | | | |
| 2 | 4111084 | 09/06 | LABOR-HS TRIM (WOOD FLOORING)-Trim (Wood F1 | | 251.16 | | Ft | |
| | | | *FLEX12,MQR7.83,PBS192,GBS8,TM23.50,TH7.83* | | | | | |
| 3 | 1314618 | 09/06 | LABOR-INSTALL PATCH 25LB | | 9 | | Each | |
| 4 | 4868766 | 09/06 | LABOR-GEN MOVE FURN PER ROOM | | 2 | | Each | |
| 5 | 5593761 | 09/06 | LABOR-HS TAKE UP/HAUL WOOD NAILED/GLUE-Tu/H | | 754.00 | | Ft | |
| 6 | 3581073 | 09/06 | PROMO-INSTALLATION YARD SIGN-Installation Y | TRM | 1 | | Each | |
| 7 | 6142772 | 09/06 | LABOR-TRAVEL 41-60 MILES FROM STORE-Travel | | 1 | | Each | |
| | | | *41.5* | | | | | |
| 8 | 3610062 | 09/06 | LABOR-GEN SPECIALTY FURN UPCHARGE-Gen Spec1 | | 2 | | Each | |
| | | | *CHINA CAB, WALL UNIT* | | | | | |
| 9 | 5060736 | 09/06 | LABOR-DOORWAY CARPET REATTACH-Gen Doorway C | | 1 | | Each | |
| 10 | 9939000 | 09/06 | LABOR-SCRIBE/UNDERCUT | | 10.00 | | Ft | |

**Delivery Contact Phone:** 817 821-2805
**Buyer Contact Phone:**    Home 817 821-2805; Work 817 821-2805

* * *   *This is page 1 of 3 pages.*   * * *

ORDER: SBP **56540536A**  V 3 PG 2

# N F M   C O P Y

## * * *  *DOCUMENT CONTINUED FROM PREVIOUS PAGE*  * * *

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

DF30 FURNITURE/FLOORING 30MO
   You have requested JAVIER E CABRERA install your product.

GENERAL COMMENTS:
   25% NON-REFUNDABLE DEPOSIT REQUIRED ON ALL SPECIAL ORDER PRODUCT.
   **60DAYS** NFM MAY CANCEL ORDER 60 DAYS AFTER THE LATER OF PURCHASE OR
   RECEIPT OF MERCHANDISE BY NFM. (SEE AGREEMENT FOR DETAILS)
   NFM IS NOT RESPONSIBLE FOR MANUFACTURER / DELAYS IN SHIPPING WHICH MAY
   DELAY YOUR FLOORING PROJECT.
   SKU 3581073: YDLABR-QUALIFIED FOR REWARD CARD PROMO ($50.00)
   NFM TO MOVE FURN PER MS
   NFM TO MOVE APPS PER MS
   NFM TO RAR PEDASTAL SINK PER MS
   NFM TO RAR STOOL PER MS
   PRIMED SHOE PER MS
   LAYOUT OK PER MS
   BONE FLP
   41.5 MILES
   PRIMED SHOE PER MS
   LR ADDED PER MS
   EXISTING FLOOR:
   GLUED WOOD/CMT--DR/HL/CL1, LR.
   TILE/CMT--UT. KT/PAN/DNT. HBA
   BASEBOARD SIZE:5 1/4
   DISCLOSURE SIGNATURE: YES
   LBP TEST: NO
   MOISTURE:2.2 A CLOSET
   HOW TO PREPARE SHEET: YES
   HVAC: YES
   YARD SIGN: ACCEPTED
   MEASURED BY: WENDELL
   56540536 #1086 OGWEZI 5-31-2022 REV 1 AB132

PROMO / REWARD INFORMATION:
   (YDLABR) Reward may be used for a future purchase AFTER you take delivery of the qualifying item/s. Any
   unused expired balance will be forfeited. Returning or cancelling qualifying item/s will VOID the issued
   Reward and any redeemed amount will be owed. NO CASH VALUE. See Reward for additional rules.

*Pricing and promotions are valid for 30 days from the original order date listed above, unless otherwise specified.*

*A 25% deposit or fully financed order is required to secure your order.*

*Changes to orders after price approval can be subject to additional fees.*

*Your order must be installed within 90 days of the original order date or it could be subject to change.*

*NOTE: Credit/Debit Cards are accepted for purchases; however we CANNOT accept Account Payments by Credit Card.*

ORDER: SBP **56540536A**  V 3 PG 3

## N F M   C O P Y

### * * *  *DOCUMENT CONTINUED FROM PREVIOUS PAGE*  * * *

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

*We know your time is valuable, and that's why we use real-time pricing to give you the best price EVERY.SINGLE.DAY.  If for some reason you find an identical item at another reputable retailer for less, we will beat their price. See nfm.com for full details.*

*If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at www.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.*

*Manufacturer rebate forms are available at nfm.com/rebate-center/*

*THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs.,* **ORVELL L X66110**, *ORVELL.LAWRENCE@NFM.COM*

*Order Pricing APPROVED for $3,987.17 on 08/08/22 per MAVIS*

*+/- Adjustments (if any), reflected on Installation Adjustment Sheet*

**PHONE SALE  Called/Placed by: MAVIS A MINGLE**

This is a partial billing of a lump sum contract to improve real property. Nebraska Furniture Mart of Texas (TXFM) will be responsible for sales taxes on materials used in performance of this contract.

I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side or which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

NOTICE: This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 30th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I make a late payment, promotional terms may be canceled and accrued interest may be added to my balance. I understand that I may need to pay more than the minimum each month during the promotional period to avoid interest.

x _____
   **Authorized Buyer's Signature**

| | | |
|---|---|---|
| **Sub Total** | **=** | **3,935.43** |
| DELIVERY: | + | 0.00 |
| Mdse Fee    6.9000 | + | 0.00 |
| **A.    TOTAL** | **=** | **3,935.43** |
| DOWNPAYMENTS | | |
| B. Deposit/Payments | - | 0.00 |
| C. Pending Credits | - | 0.00 |
| D. Payment Due | | $0.00 |
| **E. FINANCED AMOUNT** | **=** | **3,935.43** |

*DF30*
Deferred 30 Months





*thank you* FOR SHOPPING WITH US

**Customer Service: (972) 668-3000 or (844) 350-6278**

7180 16:26  ❍  REVOLVING CHARGE ACCOUNT

Station

② ✍  **SALE**



ORDER: SLD **58575993**   V 5 PG 1

---

## DELIVERY/STORE COPY          Door TEI12 Bay EI12

| BUYER ▇▇▇▇835 | Called/Placed by: PCR:MAVIS A MIN |
|---|---|

INSTALLATION ADDRESS:

Installer: Nfm Installation {XT}

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE   TX 75054-6795

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE   TX 75054-6795

**Installation On: 09/10/22 SAT**

Order Date: 07-03-2022 SUN Sold by: 8298   Daniel G x87199

| Ln | Qty | SKU | Serial No | Item Description | Price | Unit | TX | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 59830158 | | SAMSG-QN85Q70AAFXZA-*85" 4k Qled Ultra | 2297.99 | Each | Y | 2,297.99 |
| 2 | 1 X | 60972841 | | SANUS-VLT7-B2-Tilt 4d Mount 42-90" 150l | 139.99 | Each | Y | 139.99 |
| 3 | 1 X | 22759302 | | LABOR-STANDARD TV MOUNTING-NO AUDIO | 229.00 | Each | Y | 229.00 |
| 4 | 1 X | 22759302 | | LABOR-STANDARD TV MOUNTING-NO AUDIO | 99.00 | Each | Y | 99.00 |
| 5 | 1 X | 51828762 | | SECRA-QLT35-B2-Tilt Mount 40-70" 110lbs | 74.99 | Each | Y | 74.99 |
| 6 | 2 | 54061510 | | HELIS-ASH-HDMB12-12' Hdmi Hs Cable W/Et | 27.59 | Each | Y | 55.18 |
| 7 | 1 | 49974140 | | HELIS-AS-T-2013-13' Optical Cable | 27.59 | Each | Y | 27.59 |
| 8 | 1 X | 8260184 | | LABOR-STANDARD AUDIO SETUP-(In-Wall Wir DOES NOT INCLUDE HIDING WIRES | 229.00 | Each | Y | 229.00 |

**Delivery Contact Phone:** 30 MIN AHEAD 817 821-2805
**Buyer Contact Phone:** Home 817 821-2805; Work 817 821-2805

PRICES PER 8150
**** ESTIMATED DELIVERY TIME: 11:30AM to 01:30PM. ****
COMMENTS: CUSTOMER HAS DECLINED THE OFFER FOR NFM'S SQUARETRADE PROTECTION PLAN.

*NOTE: Credit/Debit Cards are accepted for purchases however we CANNOT accept Account Payments by Credit Card.*

*PURCHASE POLICY: Unless stated otherwise above, purchases made at NFM may be returned for Exchange, Refund or Store Credit up to 30 days after receipt. All returns must be complete and in the same condition as originally purchased; receipt and original packaging is required. Labor, Delivery and Installation charges are non-refundable. Returns and exchanges are at Nebraska Furniture Mart's discretion.*

*REFUND METHOD: Your refund will be in the same form as the original purchase. However, when the item purchased with cash or check in an amount greater than $500, the refund will be in the form of a check issued from the Omaha office. Orders paid with a check will be refunded by mail a minimum of 14 days after the original payment was made. Account holder photo identification is required for all cash refunds.*

* * *   **This is page 1 of 2 pages.**   * * *

**NFM**

ORDER: SLD **58575993**  V 5 PG 2

D E L I V E R Y / S T O R E   C O P Y

**\* \* \*   DOCUMENT CONTINUED FROM PREVIOUS PAGE   \* \* \***

```
MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE   TX 75054-6795
```

*We know your time is valuable, and that's why we use real-time pricing to give you the best price EVERY.SINGLE.DAY.  If for some reason you find an identical item at another reputable retailer for less, we will beat their price. See nfm.com for full details.*

*If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at www.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.*

*Manufacturer rebate forms are available at nfm.com/rebate-center/*

*THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs.,* **DANIEL G X67199,** *DANIEL.GASCA@NFM.COM*



BIG SELECTION.
BIG SAVINGS.
BIG IDEAS.

I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side or which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

**NOTICE:** This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 30th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I make a late payment, promotional terms may be canceled and accrued interest may be added to my balance. I understand that I may need to pay more than the minimum each month during the promotional period to avoid interest.

I acknowledge receipt of goods and/or services shown above.

X _____
  Authorized Buyer's Signature          PRINTED NAME

  _____
  Delv'd Time /  Issued by

**DF30**
Deferred 30 Months

| | | |
|---|---|---|
| Sub Total | = | 3,152.74 |
| DELIVERY: | + | 0.00 |
| Sls Tax   8.2500 | + | 260.10 |
| A.   TOTAL | = | 3,412.84 |
| DOWNPAYMENTS... | | |
| B. Deposit/Payments | - | 0.00 |
| C. Pending Credits | - | 0.00 |
| D. Payment Due | | $0.00 |
| E. FINANCED AMOUNT | = | 3,412.84 |

DA49    SLD 58575993 V5P2 19908DA4958597



*Thank you* FOR SHOPPING WITH US

**NFM**
Station
**2848 16:17**
07/03/22

**Customer Service: (972) 668-3000 or (844) 350-6278**
REVOLVING CHARGE ACCOUNT

❷ 🖉 **SALE**

ORDER: SL **58576041**   V 1 PG 1

## N F M   C O P Y

**BUYER** ██████6835   Called/Placed by: PCR:MAVIS A MIN

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE   TX 75054-6795

**DELIVERY ADDRESS:**
Carrier: Nfm In Home Delivery {TF1}

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE   TX 75054-6795

NFM will contact you when
the order is ready.

**JUL - CALL**
Order Date: 07-03-2022 SUN Sold by: 7012   Stephen C x68310

| Ln | Qty | SKU | Ship Date | Item Description | Price | Unit | T X | NfmStore Cpn Adj. | Extended Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 61461539 | CALL | ASPEN-WD01270-BDL-98" Console-Medium Br | 1375.00 | Each | Y | -151.25 *(JULY22)* | 1,223.75 |

Delivery Contact Phone: 30 MIN AHEAD 817 821-2805
Buyer Contact Phone:   Home 817 821-2805; Work 817 821-2805

Total NfmStore Coupon (JULY22) applied to Items on this Order $151.25

COMMENTS: CUSTOMER HAS DECLINED THE OFFER FOR THE SQUARETRADE PREMIUM PLAN.
CUSTOMER MAY ADD THE PREMIUM PLAN UP TO 90 DAYS AFTER PICKUP OR DELIVERY.
CUSTOMER HAS DECLINED THE OFFER FOR SQUARETRADE BASIC PLAN. CUSTOMER MAY
ADD THE BASIC PLAN UP TO 90 DAYS AFTER PICKUP OR DELIVERY.

*An NFM representative will contact you the day before, or by 10:00 AM the morning of delivery with a time window for your delivery/installation.*
NOTE: *If you need to reschedule your delivery, please contact Customer Service no later than 2 days prior to your scheduled date.*
*Buyer acknowledges, agrees, and consents to the documentation of delivery of the product(s) including through photographs taken by*
*delivery personnel.*

Thank you for choosing Nebraska Furniture Mart.

NOTE: *Credit/Debit Cards are accepted for purchases; however, we CANNOT accept Account Payments by Credit Card.*

*Due to disruptions in the international and domestic manufacturing, NFM may experience delays in your order's arrival.*
*We work closely with our suppliers to avoid these delays, but some may be out of our control. We will keep you updated as soon as*
*possible to any changes.*



BIG SELECTION.
BIG SAVINGS.
BIG IDEAS.

* * *  *This is page 1 of 2 pages.*  * * *

DA49   SL 58576041 V1P1 19908DA4958493

*Thank you* FOR SHOPPING WITH US





ORDER: SL **58576041** V 1 PG 2

### N F M   C O P Y

**\* \* \*   DOCUMENT CONTINUED FROM PREVIOUS PAGE   \* \* \***

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

We know your time is valuable, and that's why we use real-time pricing to give you the best price EVERY.SINGLE.DAY.  If for some reason you find an identical item at another reputable retailer for less, we will beat their price. See nfm.com for full details.

If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at WWW.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.

Manufacturer rebate forms are available at nfm.com/rebate-center/

THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs., STEPHEN C X66310, STEPHEN.CHIDZUNGU@NFM.COM



# BIG SELECTION.
# BIG SAVINGS.
# BIG IDEAS.

| | | |
|---|---|---|
| Sub Total | = | 1,223.75 |
| DELIVERY: | + | 119.99 |
| Sls Tax   8.2500 | + | 110.85 |
| A.   TOTAL | = | 1,454.59 |

I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side or which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

NOTICE: This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 30th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I make a late payment, promotional terms may be canceled and accrued interest may be added to my balance. I understand that I may need to pay more than the minimum each month during the promotional period to avoid interest.

| DOWNPAYMENTS | | |
|---|---|---|
| B. Deposit/Payments | - | 0.00 |
| C. Pending Credits | - | 0.00 |
| D. Payment Due | = | $0.00 |
| E. FINANCED AMOUNT | = | 1,454.59 |

**DF30**
Deferred 30 Months

x *Mavis Miel Ogwezi*
Authorized Buyer's Signature

DA49    SL 58576041 V1P2 19908DA4958493



*Thank you* FOR SHOPPING WITH US

**Customer Service: (972) 668-3000 or (844) 350-6278**

**Seller: TXFM, INC. - THE COLONY, TX**

# SALE INVOICE

ORDER: S **62609291**    V 1 PG 1

CUSTOMER COPY                    * COURTESY REPRINT *

| BUYER | ******** | DELIVERY ADDRESS: |
|---|---|---|

Carrier: Nfm In Home Delivery

MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

DELIVERY ADDRESS:
MAVIS A MINGLE OGWEZI
3043 ROSINA
GRAND PRAIRIE    TX 75054-6795

**In Home Delivery On: 09/20/22 TUE**

Order Date: 09-10-2022 SAT Sold by: 7012    Stephen C x66310

| Ln | Qty | SKU | Ship Date | Item Description | Price | Unit | T X | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 61461539 | 09/20 | ASPEN-WD01270-BDL-98" Console-Medium Br | 1223.75 | Each | Y | 1,223.75 |

**Delivery Contact Phone:** *************
**Buyer Contact Phone:**    Home ************; Work ************

*THANK YOU for choosing Nebraska Furniture Mart for your home furnishing needs,*
**STEPHEN C X66310**, *STEPHEN.CHIDZUNGU@NFM.COM*

DELIVERY/INSTALL COMMENTS: ALL ITEMS ARE SUBJECT TO INSPECTION AND MUST BE IN THE SAME CONDITION AS RECEIVED.DB114
COMMENTS: ORIG ORD # 58576041, DELV BY 04*TF1 BAY S97E TRK 8F186 ON 09/10/22 CCI SAID THAT HE TV CONSOLE CAME DAMAGE DOOR IS BROKE AND SHELEVES ARE BROKEN. ADV THAT WE DO A EE DB114 09/10/22

*An NFM representative will contact you the day before, or by 10:00 AM the morning of delivery with a time window for your delivery/installation.*
*NOTE: If you need to reschedule your delivery, please contact Customer Service no later than 2 days prior to your scheduled date.*
*Buyer acknowledges, agrees, and consents to the documentation of delivery of the product(s) including through photographs taken by delivery personnel.*

*NOTE: Credit/Debit Cards are accepted for purchases; however we CANNOT accept Account Payments by Credit Card.*

*If you have any questions about your order, we are happy to help you. Please CALL the Customer Service number found at the top of this document or go to our website at www.nfm.com to EMAIL or CHAT with a Customer Service representative. Please note our Customer Service SUPPORT HOURS are: Mon-Sat 8 am - 8 pm / Sun 11 am - 8 pm.*

*Manufacturer rebate forms are available at nfm.com/rebate-center/*

I agree my purchase is subject to the terms of my NFM Revolving Charge Agreement and the terms of this purchase described above and on the reverse side of which follow. Until fully paid, NFM retains a security interest under the Uniform Commercial Code in the merchandise described within. I further agree my purchase is subject to the terms of my bank card agreement, if any portion of the purchase price is charged to that card.

NOTICE: This purchase has promotional DEFERRED INTEREST terms. Interest accrues at 18% APR from date of delivery, but will be waived if the full purchase price owing to NFM is paid on or before the payment due date in the 30th month following delivery. I understand that MINIMUM MONTHLY PAYMENTS are required and that, if I make a late payment, promotional terms may be canceled and accrued interest may be added to my balance. I understand that I may need to pay more than the minimum each month during the promotional period to avoid interest.

|  | Sub Total | = | 1,223.75 |
|---|---|---|---|
| DELIVERY: | | + | 0.00 |
| Sls Tax    8.2500 | | + | 100.96 |
| A.    TOTAL | | = | 1,324.71 |
| DOWNPAYMENTS | | | |
| B.  Deposit/Payments | | - | 0.00 |
| C.  Pending Credits | | - | 0.00 |
| D.  Payment Due | | - | $0.00 |
| E.  FINANCED AMOUNT | | = | 1,324.71 |

**DF30**
Deferred 30 Months