United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 26-40273-mxm

Jerry Ogwezi                                                                        Chapter 7

Mavis Ogwezi

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: 318 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Ogwezi, Mavis Ogwezi, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134407 | + | Axiom Acquisition Ventures LLC, PO Box 2365, Oldsmar, FL 34677-2193 |
| 23134409 | + | Best Egg Loan, PO Box 4115, Concord, CA 94524-4115 |
| 23134410 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23134412 | + | Capital One Auto Finance, PO Box 650574, Dallas, TX 75265-0574 |
| 23134424 | | Full Circle Financial Services LLC, 12425 Race Track Rd Suite 100, Oldsmar, FL 34677 |
| 23134428 | + | Lam, Lyn & Philip, P.C., 6363 Woodway Driver Suite 975, Houston, TX 77057-1713 |
| 23134431 | + | Linebarger Goggan Blair & Sampson, LLP, PO Box 708906, San Antonio, TX 78270-8906 |
| 23134433 | + | Methodist Health System, 3400 Texoma Parkway, Sherman, TX 75090-1902 |
| 23134436 | + | Ogwezi Enterprises LLC, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134442 | + | Regions Bank, 51 Main St S, New London, MN 56273-5001 |
| 23134443 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23134446 | + | Stearns Bank National, Po Box 327, Albany, MN 56307-0327 |
| 23134448 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Apr 24 2026 02:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Apr 24 2026 02:26:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: accountresolutions@eecu.org | Apr 23 2026 23:01:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: bankruptcy@nfm.com | Apr 23 2026 23:00:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept #08444, The Colony, TX 75056-5348 |
| cr | + | Email/Text: newbk@Regions.com | Apr 23 2026 23:00:00 | Regions Bank, 6200 POPLAR AVE 4TH FLOOR, MEMPHIS, TN 38119-4713 |
| 23134405 | + | EDI: CAPIO.COM | Apr 24 2026 02:26:00 | Asset Care LLC, PO Box 120540, Dallas, TX 75312-0540 |
| 23134406 | ^ | MEBN | Apr 23 2026 23:01:09 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23134408 | + | EDI: BANKAMER | Apr 24 2026 02:26:00 | Bank Of America Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23134417 | | Email/Text: correspondence@credit-control.com | Apr 23 2026 22:59:00 | Credit Control LLC, 3300 Rider Trail S Suite 500, |

District/off: 0539-4        User: admin        Page 2 of 3

Date Rcvd: Apr 23, 2026        Form ID: 318        Total Noticed: 53

| | | | | |
|---|---|---|---|---|
| | | | | Earth City, MO 63045 |
| 23134411 | + | EDI: CAPITALONE.COM | Apr 24 2026 02:26:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23139410 | + | EDI: AISACG.COM | Apr 24 2026 02:26:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23134413 | + | EDI: JPMORGANCHASE | Apr 24 2026 02:26:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134414 | + | EDI: JPMORGANCHASE | Apr 24 2026 02:26:00 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134415 | + | EDI: JPMORGANCHASE | Apr 24 2026 02:26:00 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23134416 | + | Email/Text: Bankruptcynotice@cscglobal.com | Apr 23 2026 22:59:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 23134418 | + | EDI: DISCOVER | Apr 24 2026 02:26:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23134419 | + | EDI: DISCOVERPL | Apr 24 2026 02:26:00 | Discover Personal Loan, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23134420 | + | EDI: DISCOVERPL | Apr 24 2026 02:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23134421 | + | Email/Text: accountresolutions@eecu.org | Apr 23 2026 23:01:00 | EECU, 1617 W 7th, Fort Worth, TX 76102-2503 |
| 23134422 | | Email/Text: psadmin@finpac.com | Apr 23 2026 22:58:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 23134423 | + | Email/Text: data_processing@fin-rec.com | Apr 23 2026 22:59:00 | Financial Recovery Services, Pobox 21405, Eagan, MN 55121-0405 |
| 23134425 | | Email/Text: headwaybnc@enova.com | Apr 23 2026 22:58:00 | Headway Capital, 175 W. Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 23134426 | + | EDI: IRS.COM | Apr 24 2026 02:26:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23134427 | + | EDI: JPMORGANCHASE | Apr 24 2026 02:26:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23134429 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 23 2026 23:00:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23134430 | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 23 2026 23:00:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23134432 | + | EDI: SYNC | Apr 24 2026 02:26:00 | Mattress Firm, PO Box 71715, Philadelphia, PA 19176-1715 |
| 23134434 | | Email/Text: bankruptcy@nfm.com | Apr 23 2026 23:00:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23134435 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 23 2026 22:58:00 | NJ E-Z Pass, PO Box 4972, Trenton, NJ 08650 |
| 23134440 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 23 2026 22:58:00 | PNC Bank, PO Box 71335, Philadelphia, PA 91917 |
| 23134441 | | Email/Text: ProsperBK@prosper.com | Apr 23 2026 22:59:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 23134437 | + | Email/Text: bkrgeneric@penfed.org | Apr 23 2026 22:58:00 | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 23134439 | + | Email/Text: emccain@pbfcm.com | Apr 23 2026 22:59:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23134444 | + | Email/Text: bankruptcynotices@sba.gov | Apr 23 2026 22:58:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23134445 | | Email/Text: pacer@cpa.state.tx.us | | |

District/off: 0539-4 | User: admin | Page 3 of 3

Date Rcvd: Apr 23, 2026 | Form ID: 318 | Total Noticed: 53

|  |  |  |
|---|---|---|
|  | Apr 23 2026 23:00:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23134447 + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Apr 23 2026 22:58:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23134449 + Email/Text: bcd@oag.texas.gov | Apr 23 2026 22:59:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23134450 + Email/Text: collections.pacer@twc.texas.gov | Apr 23 2026 23:00:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23134451 + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 23 2026 23:00:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
23134438 | \*+ | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Clayton Everett
on behalf of Joint Debtor Mavis Ogwezi clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Clayton Everett
on behalf of Debtor Jerry Ogwezi clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

David L. Pritchard
on behalf of Creditor EECU david@dlplegal.com pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net

Roddrick Newhouse
rn7trustee@gmail.com rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

TOTAL: 5

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | Jerry Ogwezi | Social Security number or ITIN   xxx−xx−5437 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mavis Ogwezi | Social Security number or ITIN   xxx−xx−5733 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Texas | | |
| Case number:   26−40273−mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jerry Ogwezi

Mavis Ogwezi
aka Mavis Mingle−Ogwezi

4/22/26

**By the court:**  Mark X. Mullin
                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**