BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                          §
Jerry Ogwezi                                    §    Case No.:   26–40273–mxm7
Mavis Ogwezi                                    §    Chapter No.:   7
                              Debtor(s)         §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  5/7/26                    FOR THE COURT:
                                  Stephen J Manz, Clerk of Court