

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 22, 2026**

**United States Bankruptcy Judge**

BTXN 161 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Jerry Ogwezi § Case No.:  26–40273–mxm7
Mavis Ogwezi § Chapter No.:  7
Debtor(s) §

## ORDER VACATING ORDER

The Court, after review of the docket in the above entitled and numbered proceeding, finds that an Order Discharging Trustee was entered on 05/07/2026 in error; therefore it is

ORDERED that the above referenced order be and is hereby vacated.

# # # End of Order # # #