Roddrick Newhouse
401 Century Pkwy
Suite 715
Allen, TX 75013
(469) 777-6560
rn7trustee@gmail.com
CHAPTER 7 TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 26-40273-mxm7** |
| **JERRY OGWEZI and MAVIS OGWEZI,** | § | |
| | § | **CHAPTER 7** |
| **DEBTORS.** | § | |

## TRUSTEE'S NOTICE OF ASSETS

TO THE CLERK OF THE BANKRUPTCY COURT:

The meeting of creditors for the above entitled and numbered proceeding was originally held and concluded.  There now appear to be assets to be administered and I hereby request that the status of this proceeding be changed to an asset case.  Please establish a bar date and notify creditors to file a Proof of Claim.

Respectfully submitted,

By: /s/ *Roddrick Newhouse*
Roddrick Newhouse
CHAPTER 7 TRUSTEE
401 Century Pkwy
Suite 715
Allen, TX 75013
Telephone: (469) 777-6560
Email:  rn7trustee@gmail.com