United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 26-40273-mxm |
| Jerry Ogwezi | Chapter 7 |
| Mavis Ogwezi | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 09, 2026 | Form ID: NOA | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Ogwezi, Mavis Ogwezi, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134407 | + | Axiom Acquisition Ventures LLC, PO Box 2365, Oldsmar, FL 34677-2193 |
| 23134409 | + | Best Egg Loan, PO Box 4115, Concord, CA 94524-4115 |
| 23134410 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23134412 | + | Capital One Auto Finance, PO Box 650574, Dallas, TX 75265-0574 |
| 23134424 | | Full Circle Financial Services LLC, 12425 Race Track Rd Suite 100, Oldsmar, FL 34677 |
| 23134428 | + | Lam, Lyn & Philip, P.C., 6363 Woodway Driver Suite 975, Houston, TX 77057-1713 |
| 23134431 | + | Linebarger Goggan Blair & Sampson, LLP, PO Box 708906, San Antonio, TX 78270-8906 |
| 23134433 | + | Methodist Health System, 3400 Texoma Parkway, Sherman, TX 75090-1902 |
| 23134436 | + | Ogwezi Enterprises LLC, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134442 | + | Regions Bank, 51 Main St S, New London, MN 56273-5001 |
| 23134443 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23134446 | + | Stearns Bank National, Po Box 327, Albany, MN 56307-0327 |
| 23134448 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 10 2026 01:26:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 10 2026 01:26:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: accountresolutions@eecu.org | Jun 09 2026 21:30:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: bankruptcy@nfm.com | Jun 09 2026 21:29:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept #08444, The Colony, TX 75056-5348 |
| cr | + | Email/Text: newbk@Regions.com | Jun 09 2026 21:29:00 | Regions Bank, 6200 POPLAR AVE 4TH FLOOR, MEMPHIS, TN 38119-4713 |
| 23134405 | + | EDI: CAPIO.COM | Jun 10 2026 01:26:00 | Asset Care LLC, PO Box 120540, Dallas, TX 75312-0540 |
| 23134406 | ^ | MEBN | Jun 09 2026 21:25:48 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23134408 | + | EDI: BANKAMER | Jun 10 2026 01:23:00 | Bank Of America Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23134417 | | Email/Text: correspondence@credit-control.com | Jun 09 2026 21:29:00 | Credit Control LLC, 3300 Rider Trail S Suite 500, |

District/off: 0539-4                         User: admin                                    Page 2 of 3

Date Rcvd: Jun 09, 2026                      Form ID: NOA                                   Total Noticed: 53

| | | | |
|---|---|---|---|
| | | | Earth City, MO 63045 |
| 23134411 | + EDI: CAPITALONE.COM | Jun 10 2026 01:26:00 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23139410 | + EDI: AISACG.COM | Jun 10 2026 01:26:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23134413 | + EDI: JPMORGANCHASE | Jun 10 2026 01:26:00 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134414 | + EDI: JPMORGANCHASE | Jun 10 2026 01:26:00 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134415 | + EDI: JPMORGANCHASE | Jun 10 2026 01:26:00 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23134416 | + Email/Text: Bankruptcynotice@cscglobal.com | Jun 09 2026 21:29:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 23134418 | + EDI: DISCOVER | Jun 10 2026 01:26:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23134419 | + EDI: DISCOVERPL | Jun 10 2026 01:26:00 | Discover Personal Loan, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23134420 | + EDI: DISCOVERPL | Jun 10 2026 01:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23134421 | + Email/Text: accountresolutions@eecu.org | Jun 09 2026 21:30:00 | EECU, 1617 W 7th, Fort Worth, TX 76102-2503 |
| 23134422 | Email/Text: psadmin@finpac.com | Jun 09 2026 21:29:00 | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 23134423 | + Email/Text: data_processing@fin-rec.com | Jun 09 2026 21:29:00 | Financial Recovery Services, Pobox 21405, Eagan, MN 55121-0405 |
| 23134425 | Email/Text: headwaybnc@enova.com | Jun 09 2026 21:29:00 | Headway Capital, 175 W. Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 23134426 | + EDI: IRS.COM | Jun 10 2026 01:26:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23134427 | + EDI: JPMORGANCHASE | Jun 10 2026 01:26:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23134429 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 09 2026 21:29:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23134430 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 09 2026 21:29:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23134432 | + EDI: SYNC | Jun 10 2026 01:26:00 | Mattress Firm, PO Box 71715, Philadelphia, PA 19176-1715 |
| 23134434 | Email/Text: bankruptcy@nfm.com | Jun 09 2026 21:29:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23134435 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 09 2026 21:29:00 | NJ E-Z Pass, PO Box 4972, Trenton, NJ 08650 |
| 23134440 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2026 21:29:00 | PNC Bank, PO Box 71335, Philadelphia, PA 91917 |
| 23134441 | Email/Text: ProsperBK@prosper.com | Jun 09 2026 21:29:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 23134437 | + Email/Text: bkrgeneric@penfed.org | Jun 09 2026 21:29:00 | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 23134439 | + Email/Text: emccain@pbfcm.com | Jun 09 2026 21:29:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23134444 | + Email/Text: bankruptcynotices@sba.gov | Jun 09 2026 21:29:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23134445 | Email/Text: pacer@cpa.state.tx.us | | |

District/off: 0539-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 09, 2026 | Form ID: NOA | Total Noticed: 53

| | | Jun 09 2026 21:29:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23134447 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | | |
| | | Jun 09 2026 21:29:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23134449 | + Email/Text: bcd@oag.texas.gov | | |
| | | Jun 09 2026 21:29:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23134450 | + Email/Text: collections.pacer@twc.texas.gov | | |
| | | Jun 09 2026 21:29:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23134451 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
| | | Jun 09 2026 21:29:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23134438 | *+ | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Joint Debtor Mavis Ogwezi clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Jerry Ogwezi clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David L. Pritchard | on behalf of Creditor EECU david@dlplegal.com pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net |
| Roddrick Newhouse | rn7trustee@gmail.com rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

ntcclm (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                        §
Jerry Ogwezi                                  §    Case No.:  26−40273−mxm7
Mavis Ogwezi                                  §    Chapter No.:  7
                            Debtor(s)          §
                                              §

# NOTICE TO FILE CLAIM

## TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **September 8, 2026** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 410. A Proof of Claim form ("Official Form 410") can be filed online at the Bankruptcy Court's Website: (http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

     U.S. Bankruptcy Court 501 W. Tenth Street
     Fort Worth, TX 76102

**FILE YOUR CLAIM ONLINE**

The United States Bankruptcy Court for the Northern District of Texas now accepts claims in all cases electronically via the Online Claim Filing System. The Court strongly encourages e−Filing your Proof of Claim.

E−filing is fast, free and does not require a login or password.

To learn more and begin filing your Proof of Claim, please visit our website at:
http://www.txnb.uscourts.gov

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.

DATED:  6/9/26                    FOR THE COURT:
                                 Stephen J Manz, Clerk of Court

                                 by: /s/Chris Tello, Deputy Clerk

Trustee: Roddrick Newhouse