**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1

| | |
|---|---|
| **Case No.:** 26-40273-MXM | **Trustee Name:** Roddrick B. Newhouse |
| **Case Name:** OGWEZI, JERRY  AND OGWEZI, MAVIS | **Date Filed (f) or Converted (c):** 01/20/2026 (f) |
| **For the Period Ending:** 06/30/2026 | **§341(a) Meeting Date:** 02/18/2026 |
| | **Claims Bar Date:** 09/08/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 2025 Tax refund **(u)** | $0.00 | $0.00 | | $15,024.00 | FA |
| 2 | 3043 Rosina Grand Prairie TX 75054 | $496,050.00 | $0.00 | | $0.00 | FA |
| 3 | 2017 Toyota Highla Mileage: 164,0 Other Information: Source of Value: NADA Valuation by NADA VIN: 5tdyzrfh3hs204391 If you own or have more than one, des | $17,975.00 | $0.00 | | $0.00 | FA |
| 4 | 2019 Lexus Rx350 Mileage: 94,00 Other Information: Source of Value: NADA Valuation by NADA VIN: 2t2zzmca0kca0kc14 | $25,765.00 | $11,400.00 | | $0.00 | FA |
| 5 | 2024 Honda Accor Mileage: 28,00 Other Information: Source of Value: NADA Valuation by NADA VIN: 1HGCY1F23RA027612 | $25,203.00 | $16,000.00 | | $0.00 | FA |
| 6 | Refrigerator, stove, small kitchen appliances, sofas, tables, chairs, beds, dressers, nightstands, mirrors, kitchenware, houseware, linens, curtains, lamps, rugs, decor, household tools | $6,500.00 | $0.00 | | $0.00 | FA |
| 7 | Televisions, mobile phones | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Books, prints, knick-knacks | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Treadmill, peloton bike, tonal | $4,000.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing, shoes, accessories | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding rings, everyday jewelry, costume jewelry | $7,000.00 | $0.00 | | $0.00 | FA |
| 12 | Cash: | $1.50 | $1.50 | | $0.00 | FA |
| 13 | Chase Checking account: Account Number: 0829 | $1,251.65 | $1,251.65 | | $0.00 | FA |
| 14 | Chase Checking account: Account Number: 1574 | $1.85 | $1.85 | | $0.00 | FA |
| 15 | Checking account: Regions Bank Account Number: 4743 ($43.24) | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Other financial account: Paypal Account | $0.00 | $0.00 | | $0.00 | FA |
| 17 | JM Wales LLC 100.00% | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Ogwezi Enterprises LLC (Ceased Operations) 100.00% | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| | |
|---|---|
| **Case No.:** | 26-40273-MXM |
| **Case Name:** | OGWEZI, JERRY  AND OGWEZI, MAVIS |
| **For the Period Ending:** | 06/30/2026 |

| | |
|---|---|
| **Trustee Name:** | Roddrick B. Newhouse |
| **Date Filed (f) or Converted (c):** | 01/20/2026 (f) |
| **§341(a) Meeting Date:** | 02/18/2026 |
| **Claims Bar Date:** | 09/08/2026 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | 401(k) or similar plan: Insperity | $40,000.00 | $0.00 | | $0.00 | FA |
| 20 | 401(k) or similar plan: Regions Retirement | $150,000.00 | $0.00 | | $0.00 | FA |
| 21 | 401(k) or similar plan: Vanguard | $20,000.00 | $0.00 | | $0.00 | FA |

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $795,848.00 | $28,655.00 | | $15,024.00 | $0.00 |

**Major Activities affecting case closing:**

07/30/2026   Still waiting on tax refund to make a determination.

02/18/2026   Tax intercept request from taxing authority and is waiting for the refund to make a determination.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/05/2028 | **Current Projected Date Of Final Report (TFR):** | /s/ RODDRICK B. NEWHOUSE |
| | | | RODDRICK B. NEWHOUSE |