**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-40273-MXM7 |
| | § | |
| JERRY OGWEZI | § | |
| MAVIS OGWEZI | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/20/2026. The undersigned trustee was appointed on 01/20/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,024.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $15,024.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 09/08/2026 and the deadline for filing government claims was 07/19/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,252.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,252.40, for a total compensation of $2,252.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,000.00, for total expenses of $1,000.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/14/2026 By: /s/ Roddrick B. Newhouse
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**For the Period Ending:** 9/14/2026

**Trustee Name:** Roddrick B. Newhouse
**Date Filed (f) or Converted (c):** 01/20/2026 (f)
**§341(a) Meeting Date:** 02/18/2026
**Claims Bar Date:** 09/08/2026

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | 2025 Tax refund | **(u)** | $0.00 | $0.00 | | $15,024.00 | FA |
| 2 | 3043 Rosina, Grand Prairie TX 75054 | | $496,050.00 | $0.00 | | $0.00 | FA |
| 3 | 2017 Toyota Highlander. Mileage: 164,000<br>Source of Value: NADA Valuation<br>VIN: 5tdyzrfh3hs204391 | | $17,975.00 | $0.00 | | $0.00 | FA |
| 4 | 2019 Lexus Rx350. Mileage: 94,000<br>Source of Value: NADA Valuation<br>VIN: 2t2zzmca0kca0kc14 | | $25,765.00 | $11,400.00 | | $0.00 | FA |
| 5 | 2024 Honda Accord. Mileage: 28,000<br>Source of Value: NADA Valuation<br>VIN: 1HGCY1F23RA027612 | | $25,203.00 | $16,000.00 | | $0.00 | FA |
| 6 | Refrigerator, stove, small kitchen appliances, sofas, tables, chairs, beds, dressers, nightstands, mirrors, kitchenware, houseware, linens, curtains, lamps, rugs, decor, household tools. | | $6,500.00 | $0.00 | | $0.00 | FA |
| 7 | Televisions, mobile phones | | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Books, prints, knick-knacks | | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Treadmill, peloton bike, tonal | | $4,000.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing, shoes, accessories | | $1,000.00 | $0.00 | | $0.00 | FA |
| 11 | Wedding rings, everyday jewelry, costume jewelry | | $7,000.00 | $0.00 | | $0.00 | FA |
| 12 | Cash | | $1.50 | $1.50 | | $0.00 | FA |
| 13 | Chase Checking account: Account Number: 0829 | | $1,251.65 | $1,251.65 | | $0.00 | FA |
| 14 | Chase Checking account: Account Number: 1574 | | $1.85 | $1.85 | | $0.00 | FA |
| 15 | Checking account: Regions Bank Account Number: 4743 ($43.24) | | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Other financial account: Paypal Account | | $0.00 | $0.00 | | $0.00 | FA |
| 17 | JM Wales LLC 100.00% | | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Ogwezi Enterprises LLC (Ceased Operations) 100.00% | | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 401(k) or similar plan: Insperity | | $40,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**For the Period Ending:** 9/14/2026

**Trustee Name:** Roddrick B. Newhouse
**Date Filed (f) or Converted (c):** 01/20/2026 (f)
**§341(a) Meeting Date:** 02/18/2026
**Claims Bar Date:** 09/08/2026

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 20 | 401(k) or similar plan: Regions Retirement | $150,000.00 | $0.00 | | $0.00 | FA |
| 21 | 401(k) or similar plan: Vanguard | $20,000.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | | **$795,848.00** | **$28,655.00** | | **$15,024.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

09/14/2026 Trustee has completed administering the case. TFR to be submitted by 9/30/26.
09/08/2026 After bar date, reviewing claims.
07/30/2026 Still waiting on tax refund to make a determination.
02/18/2026 Tax intercept request from taxing authority and is waiting for the refund to make a determination.

**Initial Projected Date Of Final Report (TFR):** 09/30/2026
**Current Projected Date Of Final Report (TFR):** 09/30/2026

/s/ RODDRICK B. NEWHOUSE
RODDRICK B. NEWHOUSE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 26-40273-MXM | **Trustee Name:** | Roddrick B. Newhouse |
| **Case Name:** | OGWEZI, JERRY AND OGWEZI, MAVIS | **Bank Name:** | Texas Traditions Bank |
| **Primary Taxpayer ID #:** | **-***8677 | **Checking Acct #:** | ******0037 |
| **Co-Debtor Taxpayer ID #:** | **-***8678 | **Account Title:** | |
| **For Period Beginning:** | 1/20/2026 | **Blanket bond (per case limit):** | $23,530,394.00 |
| **For Period Ending:** | 9/14/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/08/2026 | (1) | United States Treasury | Tax refund | 1224-000 | $15,024.00 | | $15,024.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $15,024.00 | $0.00 | $15,024.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $15,024.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $15,024.00 | $0.00 | |

**For the period of 1/20/2026 to 9/14/2026**

| | |
|---|---|
| Total Compensable Receipts: | $15,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/06/2026 to 9/14/2026**

| | |
|---|---|
| Total Compensable Receipts: | $15,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**Primary Taxpayer ID #:** **-***8677
**Co-Debtor Taxpayer ID #:** **-***8678
**For Period Beginning:** 1/20/2026
**For Period Ending:** 9/14/2026

**Trustee Name:** Roddrick B. Newhouse
**Bank Name:** Texas Traditions Bank
**Checking Acct #:** ******0037
**Account Title:**
**Blanket bond (per case limit):** $23,530,394.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $15,024.00 | $0.00 | $15,024.00 |

**For the period of 1/20/2026 to 9/14/2026**

| | |
|---|---|
| Total Compensable Receipts: | $15,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/20/2026 to 9/14/2026**

| | |
|---|---|
| Total Compensable Receipts: | $15,024.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,024.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE

**Case No.** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**Claims Bar Date:** 09/08/2026
**Trustee Name:** Roddrick B. Newhouse
**Date:** 9/14/2026 1:38:35 PM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RODDRICK B. NEWHOUSE<br>401 Century Pkwy, Suite 715<br>Allen TX 75013 | 09/09/2026 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| | RODDRICK B. NEWHOUSE<br>401 Century Pkwy, Suite 715<br>Allen TX 75013 | 09/09/2026 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,252.40 | $2,252.40 | $0.00 | $0.00 | $0.00 | $2,252.40 |
| 1 | NAVY FEDERAL CREDIT UNION<br>Attn Bankruptcy<br>P.O Box 3000<br>Merrifield VA 22119-3000 | 06/16/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,797.45 | $14,797.45 | $0.00 | $0.00 | $0.00 | $14,797.45 |
| **Claim Notes:** | (1-1) Navchek. | | | | | | | | | | | |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR CF MEDICAL LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 06/16/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $404.48 | $404.48 | $0.00 | $0.00 | $0.00 | $404.48 |
| **Claim Notes:** | (2-1) Medical Debt. | | | | | | | | | | | |
| 3 | IRS<br>PO Box 7346<br>Philadelphia PA 19101 | 06/18/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Claim Notes:** | (3-1) Taxes.<br>(3-2) Amended. | | | | | | | | | | | |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 06/26/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,376.89 | $12,376.89 | $0.00 | $0.00 | $0.00 | $12,376.89 |
| **Claim Notes:** | (4-1) Money Loaned. | | | | | | | | | | | |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR AXIOM ACQUISITION VENTURES LLC<br>PO Box 788<br>Kirkland WA 98083-0788 | 06/26/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,645.11 | $27,645.11 | $0.00 | $0.00 | $0.00 | $27,645.11 |
| **Claim Notes:** | (5-1) Money Loaned. | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT** **Page No:** 2 Exhibit C

**Case No.** 26-40273-MXM **Trustee Name:** Roddrick B. Newhouse
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS **Date:** 9/14/2026 1:38:35 PM
**Claims Bar Date:** 09/08/2026

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 06/30/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $870.28 | $870.28 | $0.00 | $0.00 | $0.00 | $870.28 |
| **Claim Notes:** | (6-1) Credit card. | | | | | | | | | | | |
| 7 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 06/30/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,221.32 | $6,221.32 | $0.00 | $0.00 | $0.00 | $6,221.32 |
| **Claim Notes:** | (7-1) Credit card. | | | | | | | | | | | |
| 8 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 06/30/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,780.90 | $7,780.90 | $0.00 | $0.00 | $0.00 | $7,780.90 |
| **Claim Notes:** | (8-1) Credit card. | | | | | | | | | | | |
| 9 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 07/12/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,630.43 | $12,630.43 | $0.00 | $0.00 | $0.00 | $12,630.43 |
| **Claim Notes:** | (9-1) Credit card. | | | | | | | | | | | |
| 10 | PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND OH 44101 | 08/26/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,195.17 | $13,195.17 | $0.00 | $0.00 | $0.00 | $13,195.17 |
| **Claim Notes:** | (10-1) Money loaned. | | | | | | | | | | | |

**Case No.** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**Claims Bar Date:** 09/08/2026

**Trustee Name:** Roddrick B. Newhouse
**Date:** 9/14/2026 1:38:35 PM

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | PNC BANK N.A.<br><br>PO BOX 94982<br>CLEVELAND OH 44101 | 08/27/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,285.37 | $14,285.37 | $0.00 | $0.00 | $0.00 | $14,285.37 |
| **Claim Notes:** | (11-1) Money loaned. | | | | | | | | | | | |
| 12 | BANK OF AMERICA, N.A.<br>PO Box 673033<br>Dallas TX 75267-3033 | 08/27/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,531.81 | $27,531.81 | $0.00 | $0.00 | $0.00 | $27,531.81 |
| **Claim Notes:** | (12-1) Consumer credit card. | | | | | | | | | | | |
| 13 | PROSPER MARKETPLACE, INC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 09/02/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,258.40 | $6,258.40 | $0.00 | $0.00 | $0.00 | $6,258.40 |
| **Claim Notes:** | (13-1) Installment. | | | | | | | | | | | |
| 14 | STEARNS BANK NATIONAL ASSOCIATION<br>c/o Bankruptcy Department<br>P.O. Box 750<br>Albany MN 56307 | 09/04/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $62,139.30 | $62,139.30 | $0.00 | $0.00 | $0.00 | $62,139.30 |
| **Claim Notes:** | (14-1) Money loaned (personal guaranty). | | | | | | | | | | | |
| 15 | HEADWAY CAPITAL LLC<br><br>175 West Jackson Blvd., Suite 600<br>Chicago IL 60604 | 09/04/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,377.03 | $20,377.03 | $0.00 | $0.00 | $0.00 | $20,377.03 |
| **Claim Notes:** | (15-1) Money loaned for business. Debtor is personal guarantor. | | | | | | | | | | | |
| 16 | PNC BANK, NATIONAL ASSOCIATION<br>c/o Connor Clark<br>Padfield & Stout, LLP<br>100 Throckmorton Street, Suite 700<br>Fort Worth TX 76102 | 09/08/2026 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $72,183.92 | $72,183.92 | $0.00 | $0.00 | $0.00 | $72,183.92 |
| **Claim Notes:** | (16-1) Money loaned. | | | | | | | | | | | |
| | | | | | | | **$302,450.26** | **$302,450.26** | **$0.00** | **$0.00** | **$0.00** | **$302,450.26** |

**CLAIM ANALYSIS REPORT**



**Case No.** 26-40273-MXM
**Case Name:** OGWEZI, JERRY AND OGWEZI, MAVIS
**Claims Bar Date:** 09/08/2026

**Trustee Name:** Roddrick B. Newhouse
**Date:** 9/14/2026 1:38:35 PM

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $299,197.86 | $299,197.86 | $0.00 | $0.00 | $0.00 | $299,197.86 |
| Trustee Compensation | $2,252.40 | $2,252.40 | $0.00 | $0.00 | $0.00 | $2,252.40 |
| Trustee Expenses | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 26-40273-MXM7
Case Name: JERRY OGWEZI
MAVIS OGWEZI
Trustee Name: Roddrick B. Newhouse

Balance on hand: $15,024.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,024.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| Roddrick B. Newhouse, Trustee Fees | $2,252.40 | $0.00 | $2,252.40 |
| Roddrick B. Newhouse, Trustee Expenses | $1,000.00 | $0.00 | $1,000.00 |

Total to be paid for chapter 7 administrative expenses: $3,252.40
Remaining balance: $11,771.60

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $11,771.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $11,771.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $299,197.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Navy Federal Credit Union | $14,797.45 | $0.00 | $582.19 |
| 2 | Quantum3 Group LLC as agent for CF Medical LLC | $404.48 | $0.00 | $15.91 |
| 3 | IRS | $500.00 | $0.00 | $19.67 |
| 4 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $12,376.89 | $0.00 | $486.95 |
| 5 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $27,645.11 | $0.00 | $1,087.67 |
| 6 | JPMorgan Chase Bank, N.A. | $870.28 | $0.00 | $34.24 |
| 7 | JPMorgan Chase Bank, N.A. | $6,221.32 | $0.00 | $244.77 |
| 8 | JPMorgan Chase Bank, N.A. | $7,780.90 | $0.00 | $306.13 |
| 9 | JPMorgan Chase Bank, N.A. | $12,630.43 | $0.00 | $496.93 |
| 10 | PNC BANK N.A. | $13,195.17 | $0.00 | $519.15 |
| 11 | PNC BANK N.A. | $14,285.37 | $0.00 | $562.04 |
| 12 | Bank of America, N.A. | $27,531.81 | $0.00 | $1,083.21 |
| 13 | Prosper Marketplace, Inc | $6,258.40 | $0.00 | $246.23 |
| 14 | Stearns Bank National Association | $62,139.30 | $0.00 | $2,444.80 |
| 15 | Headway Capital LLC | $20,377.03 | $0.00 | $801.71 |
| 16 | PNC Bank, National Association | $72,183.92 | $0.00 | $2,840.00 |

Total to be paid to timely general unsecured claims: $11,771.60
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |