**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-40273-MXM7 |
| | § | |
| JERRY OGWEZI | § | |
| MAVIS OGWEZI | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roddrick B. Newhouse, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
501 W. Tenth Street,
Fort Worth, TX 76102

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee within thirty (30) days of the date of this notice. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered in the Trustee Distribution Report.

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 09/14/2026 By: /s/ Roddrick B. Newhouse
Trustee

Roddrick B. Newhouse
401 Century Pkwy, Suite 715
Allen, TX 75013

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-40273-MXM7 |
| | § | |
| JERRY OGWEZI | § | |
| MAVIS OGWEZI | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $15,024.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of*[1]*:* | $15,024.00 |

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,024.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| Roddrick B. Newhouse, Trustee Fees | $2,252.40 | $0.00 | $2,252.40 |
| Roddrick B. Newhouse, Trustee Expenses | $1,000.00 | $0.00 | $1,000.00 |

Total to be paid for chapter 7 administrative expenses: $3,252.40
Remaining balance: $11,771.60

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Remaining balance: $11,771.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $11,771.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $299,197.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | Navy Federal Credit Union | $14,797.45 | $0.00 | $582.19 |
| 2 | Quantum3 Group LLC as agent for CF Medical LLC | $404.48 | $0.00 | $15.91 |
| 3 | IRS | $500.00 | $0.00 | $19.67 |
| 4 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $12,376.89 | $0.00 | $486.95 |
| 5 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $27,645.11 | $0.00 | $1,087.67 |
| 6 | JPMorgan Chase Bank, N.A. | $870.28 | $0.00 | $34.24 |
| 7 | JPMorgan Chase Bank, N.A. | $6,221.32 | $0.00 | $244.77 |
| 8 | JPMorgan Chase Bank, N.A. | $7,780.90 | $0.00 | $306.13 |
| 9 | JPMorgan Chase Bank, N.A. | $12,630.43 | $0.00 | $496.93 |
| 10 | PNC BANK N.A. | $13,195.17 | $0.00 | $519.15 |
| 11 | PNC BANK N.A. | $14,285.37 | $0.00 | $562.04 |
| 12 | Bank of America, N.A. | $27,531.81 | $0.00 | $1,083.21 |
| 13 | Prosper Marketplace, Inc | $6,258.40 | $0.00 | $246.23 |
| 14 | Stearns Bank National Association | $62,139.30 | $0.00 | $2,444.80 |

| | | | | |
|---|---|---|---|---|
| 15 | Headway Capital LLC | $20,377.03 | $0.00 | $801.71 |
| 16 | PNC Bank, National Association | $72,183.92 | $0.00 | $2,840.00 |

Total to be paid to timely general unsecured claims: $11,771.60
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Roddrick B. Newhouse
Trustee

Roddrick B. Newhouse
401 Century Pkwy, Suite 715
Allen, TX 75013

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.