RODDRICK B. NEWHOUSE
401 Century Pkwy, Suite 715
Allen, TX 75013
(469) 777-6560

rn7trustee@gmail.com
Chapter 7 Bankruptcy Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY OGWEZI | § | CASE NO. 26-40273-MXM |
| MAVIS OGWEZI | § | |
| | § | |
| DEBTOR(S) | § | |

**FEE APPLICATION COVER SHEET**

Fee Application of: RODDRICK B. NEWHOUSE, Chapter 7 Trustee

Fee Application of: January 20, 2026 to October 08, 2026

Retainer Received: $0.00 Amount Previously Paid: $0.00

| **Amount Requested:** | | **Reductions:** | |
|---|---|---|---|
| Fees: | $2,252.40 | Vol. Fee Reductions: | $0.00 |
| Expenses: | $1,000.00 | Vol. Expense Reductions: | 0.00 |
| Total: | $3,252.40 | Total Reductions: | $0.00 |
| Paralegal: | 125.00 | Total Paralegal: | $1,000.00 |

| **Hourly Rates:** | Trustee | Paralegal/Clerical |
|---|---|---|
| Highest Rates: | N/A | $0.00 |
| Hours Billed: | 0.000 | 0.00 |
| Average: | N/A | $0.00 |

Date: October 08, 2026

/s/ RODDRICK B. NEWHOUSE
Chapter 7 Bankruptcy Trustee

RODDRICK B. NEWHOUSE
401 Century Pkwy, Suite 715
Allen, TX 75013
(469) 777-6560

rn7trustee@gmail.com
Chapter 7 Bankruptcy Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JERRY OGWEZI | § | CASE NO. 26-40273-MXM |
| MAVIS OGWEZI | § | |
| | § | |
| DEBTOR(S) | § | |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. TENTH STREET, FT. WORTH, TX 76102 BEFORE THE CLOSE OF BUSINESS ON OCTOBER 29, 2026, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON THE APPLICANT PRIOR TO THE DATE AND TIME SET FORTH ABOVE. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

To the Honorable MARK X. MULLIN United States Bankruptcy Judge:

Comes now, RODDRICK B. NEWHOUSE, chapter 7 trustee for the bankruptcy estate of JERRY OGWEZI AND MAVIS OGWEZI and files this *Application for Trustee's Compensation and Expenses* ("Application") to request compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a)(l) and (a)(7). In support of the Application, the trustee submits the following information:

1. On January 20, 2026, the trustee was duly appointed as the chapter 7 trustee.

2. Contemporaneously with the filing of the Application, the trustee has filed a Trustee's Final Report ("TFR") and a Notice of Trustee's Final Report ("NFR").

3. Pursuant to 11 U.S.C. 326(a), the maximum compensation allowable to the trustee is **$2,252.40** based on the total amount disbursed to parties in interest, except for amounts disbursed to the debtor, or to any entity, if the funds disbursed were not property of the estate, e.g. return of a sale deposit. See attached **Exhibit 1** for a detailed calculation of the compensation requested.

4. The trustee has received **$0.00** of the maximum compensation allowable as interim compensation, and now requests **$2,252.40** as final compensation, subject to additional compensation based on the disbursement of additional interest income to parties in interest.

5. In addition, the trustee requests **$1,000.00** for reimbursement of reasonable and necessary expenses incurred in the administration of the estate. See attached **Exhibit 2** for an itemization of the trustee's expenses.

6. In the event additional interest income accrues on estate funds after the filing of the TFR and before distribution of funds by the trustee, the trustee requests approval of additional compensation based on the disbursement of this additional interest income to parties in interest without further Order of the Court.

WHEREFORE, PREMISES CONSIDERED, RODDRICK B. NEWHOUSE, the Chapter 7 bankruptcy trustee, requests approval of $2,252.40 in compensation and $1,000.00 in reimbursement of expenses as set forth herein and asks for such other relief to which applicant may be justly entitled.

RESPECTFULLY SUBMITTED,

**/s/** RODDRICK B. NEWHOUSE
Chapter 7 Bankruptcy Trustee

EXHIBIT 1

COMPUTATION OF TRUSTEE COMMISSION UNDER 11 U.S.C. 326

| | | | |
|---|---|---|---|
| Receipts | $15,024.00 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $10,024.00 | 10% of next 45,000 | $1,002.40 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

| | |
|---|---|
| **TOTAL COMPENSATION CALCULATED** | **$2,252.40** |
| **Less Previously Paid Compensation** | **$0.00** |
| TOTAL COMPENSATION REQUESTED | $2,252.40 |

EXHIBIT 2

CHAPTER 7 TRUSTEE UNREIMBURSED EXPENSES

| | | |
|---|---|---|
| 09/09/2026 | Paralegal: Prepare TDR, run proposed distribution report, and submit to UST for review. - 1.50 @ $125.00 | $187.50 |
| 09/09/2026 | Paralegal: Prepare TFR (review and correct imported UTC and claims payment addresses) and submit to UST for review. Prepare, file and serve Trustee Fee Application and upload order. - 2.50 @ $125.00 | $312.50 |
| 09/09/2026 | Paralegal: Reviewed case docket prior to 341 meeting; attended creditors meeting; continuance review of case docket and claims; filed interim reports; filed notice of assets. - 4.00 @ $125.00 | $500.00 |
| | SUBTOTAL Paralegal | $1,000.00 |

| | |
|---|---|
| **TOTAL EXPENSES CALCULATED** | **$1,000.00** |
| **Less Previously Paid Expenses** | **$0.00** |
| TOTAL EXPENSES REQUESTED | $1,000.00 |