United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-40273-mxm
Jerry Ogwezi Chapter 7
Mavis Ogwezi
Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 4
Date Rcvd: Oct 27, 2026 Form ID: pdf030 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jerry Ogwezi, Mavis Ogwezi, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23134407 | + | Axiom Acquisition Ventures LLC, PO Box 2365, Oldsmar, FL 34677-2193 |
| 23134409 | + | Best Egg Loan, PO Box 4115, Concord, CA 94524-4115 |
| 23134412 | + | Capital One Auto Finance, PO Box 650574, Dallas, TX 75265-0574 |
| 23134422 | | Financial Pacific Leasing, Inc., 3455 S 344th Way, #300, Auburn, WA 98001-9546 |
| 23134424 | | Full Circle Financial Services LLC, 12425 Race Track Rd Suite 100, Oldsmar, FL 34677 |
| 23134428 | + | Lam, Lyn & Philip, P.C., 6363 Woodway Driver Suite 975, Houston, TX 77057-1713 |
| 23134433 | + | Methodist Health System, 3400 Texoma Parkway, Sherman, TX 75090-1902 |
| 23134436 | + | Ogwezi Enterprises LLC, 3043 Rosina, Grand Prairie, TX 75054-6795 |
| 23498535 | | Prosper Marketplace, Inc, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23134442 | + | Regions Bank, 51 Main St S, New London, MN 56273-5001 |
| 23134443 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23134446 | #+ | Stearns Bank National, Po Box 327, Albany, MN 56307-0327 |
| 23134448 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 20:03:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 20:03:03 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: accountresolutions@eecu.org | Oct 27 2026 20:01:00 | EECU, ATTN: Bankruptcy, PO BOX 1777, Fort Worth, TX 76101-1777 |
| cr | + | Email/Text: bankruptcy@nfm.com | Oct 27 2026 20:00:00 | Nebraska Furniture Mart, 5600 Nebraska Furniture Mart Dr., Dept #08444, The Colony, TX 75056-5348 |
| cr | + | Email/Text: newbk@Regions.com | Oct 27 2026 20:00:00 | Regions Bank, 6200 POPLAR AVE 4TH FLOOR, MEMPHIS, TN 38119-4713 |
| 23134405 | + | Email/Text: bnc-capio@quantum3group.com | Oct 27 2026 20:00:00 | Asset Care LLC, PO Box 120540, Dallas, TX 75312-0540 |
| 23134406 | ^ | MEBN | Oct 27 2026 19:51:17 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23134408 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 27 2026 19:59:00 | Bank Of America Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |

| | | | | |
|---|---|---|---|---|
| 23486726 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 27 2026 19:59:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 23134410 | + | Email/Text: ljalovec@belaw.com | Oct 27 2026 20:00:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23134417 | | Email/Text: correspondence@credit-control.com | Oct 27 2026 20:00:00 | Credit Control LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 23134411 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 20:03:08 | Capital One - Business Card, PO Box 71083, Charlotte, NC 28272-1083 |
| 23139410 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2026 20:03:03 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 23134413 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2026 20:03:06 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134414 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2026 20:03:08 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23134415 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2026 20:03:08 | Chase Bank, Mail Code: OH4-7302 P.O. Box 24696, Columbus, OH 43224-0696 |
| 23134416 | + | Email/Text: Bankruptcynotice@cscglobal.com | Oct 27 2026 20:00:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 23134418 | + | Email/Text: mrdiscen@discover.com | Oct 27 2026 19:59:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 23134419 | + | Email/Text: dplbk@discover.com | Oct 27 2026 20:00:00 | Discover Personal Loan, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 23134420 | + | Email/Text: dplbk@discover.com | Oct 27 2026 20:00:00 | Discover Personal Loans, PO Box 30954, Salt Lake City,, UT 84130-0954 |
| 23134421 | + | Email/Text: accountresolutions@eecu.org | Oct 27 2026 20:01:00 | EECU, 1617 W 7th, Fort Worth, TX 76102-2503 |
| 23134423 | + | Email/Text: data_processing@fin-rec.com | Oct 27 2026 20:00:00 | Financial Recovery Services, Pobox 21405, Eagan, MN 55121-0405 |
| 23134425 | | Email/Text: headwaybnc@enova.com | Oct 27 2026 19:59:00 | Headway Capital, 175 W. Jackson Blvd Ste 1000, Chicago, IL 60604 |
| 23501047 | | Email/Text: headwaybnc@enova.com | Oct 27 2026 19:59:00 | Headway Capital LLC, 175 West Jackson Blvd., Suite 600, Chicago, IL 60604 |
| 23134426 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 20:00:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23134427 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2026 20:03:02 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 23427529 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2026 20:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 23411799 | + | Email/Text: RASEBN@raslg.com | Oct 27 2026 19:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23134429 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 27 2026 20:00:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23134430 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 27 2026 20:00:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23134431 | + | Email/Text: yaritza.duran@lgbs.com | Oct 27 2026 20:00:00 | Linebarger Goggan Blair & Sampson, LLP, PO Box 708906, San Antonio, TX 78270-8906 |
| 23134432 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2026 20:03:02 | Mattress Firm, PO Box 71715, Philadelphia, PA 19176-1715 |
| 23134434 | | Email/Text: bankruptcy@nfm.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 27 2026 20:00:00 | Nebraska Furniture Mart Inc, 700 S 72nd Street, Omaha, NE 68114 |
| 23134435 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 27 2026 19:59:00 | NJ E-Z Pass, PO Box 4972, Trenton, NJ 08650 |
| 23394652 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 27 2026 20:01:00 | Navy Federal Credit Union Attn Bankruptcy, P.O Box 3000, Merrifield, VA 22119-3000 |
| 23483131 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2026 19:59:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 23134440 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2026 19:59:00 | PNC Bank, PO Box 71335, Philadelphia, PA 91917 |
| 23502734 | ^ | MEBN | Oct 27 2026 19:51:20 | PNC Bank, National Association, c/o Connor Clark, Padfield & Stout, LLP, 100 Throckmorton Street, Suite 700, Fort Worth, Texas 76102-2837 |
| 23134437 | + | Email/Text: bkrgeneric@penfed.org | Oct 27 2026 19:59:00 | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 23134439 | + | Email/Text: emccain@pbfcm.com | Oct 27 2026 20:00:00 | Perdue Brandon Fielder Collins & Mott LLP, 500 E. Border St. Ste.640, Arlington, TX 76010-7457 |
| 23134441 | + | Email/PDF: ProsperBKDetection@resurgent.com | Oct 27 2026 20:03:07 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 23407892 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2026 20:00:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23395326 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2026 20:00:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 23134444 | + | Email/Text: bankruptcynotices@sba.gov | Oct 27 2026 19:59:00 | SBA - Small Business Administration, 409 3rd St SW, Washington, DC 20416-0002 |
| 23500693 | | Email/Text: Bankruptcy@stearnsbank.com | Oct 27 2026 19:59:00 | Stearns Bank National Association, c/o Bankruptcy Department, P.O. Box 750, Albany, MN 56307 |
| 23134445 | | Email/Text: pacer@cpa.state.tx.us | Oct 27 2026 20:00:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23134447 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Oct 27 2026 19:59:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23134449 | + | Email/Text: bcd@oag.texas.gov | Oct 27 2026 20:00:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23134450 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 27 2026 20:00:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23134451 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 27 2026 20:00:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23134438 | *+ | Penfed Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Joint Debtor Mavis Ogwezi clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Clayton Everett | on behalf of Debtor Jerry Ogwezi clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| David L. Pritchard | on behalf of Creditor EECU david@dlplegal.com pritchardlawfirm@ecf.courtdrive.com;thepritchardlawfirmpllc@jubileebk.net |
| Roddrick Newhouse | rn7trustee@gmail.com rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-40273-MXM7 |
| | § | |
| JERRY OGWEZI | § | |
| MAVIS OGWEZI | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roddrick B. Newhouse, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
501 W. Tenth Street,
Fort Worth, TX 76102

The Trustee's Final Report is also available through PACER, appropriate charges for this service will be assessed.

Any person wishing to object to the Trustee's Final Report or the Application for Compensation contained therein must file a written objection with the Clerk of United States Bankruptcy Court and serve a copy of such objection upon the trustee and the United States Trustee within thirty (30) days of the date of this notice. If no objection to the Final Report is timely filed and served, the Trustee may pay dividends contemplated by the Final Report pursuant to FRBP 3009 without further order of the Court. In such event, the notice required under FRBP 5009 shall be deemed satisfied and the presumption contemplated by that rule shall be invoked upon the filing of the Trustee's certification that the estate has been fully administered in the Trustee Distribution Report.

If a written objection is filed in either instance, a hearing shall be scheduled and the Court will send notice of the scheduled hearing to you.

Date: 09/14/2026

By: /s/ Roddrick B. Newhouse
Trustee

Roddrick B. Newhouse
401 Century Pkwy, Suite 715
Allen, TX 75013

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-40273-MXM7 |
| | § | |
| JERRY OGWEZI | § | |
| MAVIS OGWEZI | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $15,024.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of*[1]*:* | $15,024.00 |

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $15,024.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Roddrick B. Newhouse, Trustee Fees | $2,252.40 | $0.00 | $2,252.40 |
| Roddrick B. Newhouse, Trustee Expenses | $1,000.00 | $0.00 | $1,000.00 |

Total to be paid for chapter 7 administrative expenses: $3,252.40
Remaining balance: $11,771.60

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Remaining balance: $11,771.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $11,771.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $299,197.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Navy Federal Credit Union | $14,797.45 | $0.00 | $582.19 |
| 2 | Quantum3 Group LLC as agent for CF Medical LLC | $404.48 | $0.00 | $15.91 |
| 3 | IRS | $500.00 | $0.00 | $19.67 |
| 4 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $12,376.89 | $0.00 | $486.95 |
| 5 | Quantum3 Group LLC as agent for AXIOM ACQUISITION VENTURES LLC | $27,645.11 | $0.00 | $1,087.67 |
| 6 | JPMorgan Chase Bank, N.A. | $870.28 | $0.00 | $34.24 |
| 7 | JPMorgan Chase Bank, N.A. | $6,221.32 | $0.00 | $244.77 |
| 8 | JPMorgan Chase Bank, N.A. | $7,780.90 | $0.00 | $306.13 |
| 9 | JPMorgan Chase Bank, N.A. | $12,630.43 | $0.00 | $496.93 |
| 10 | PNC BANK N.A. | $13,195.17 | $0.00 | $519.15 |
| 11 | PNC BANK N.A. | $14,285.37 | $0.00 | $562.04 |
| 12 | Bank of America, N.A. | $27,531.81 | $0.00 | $1,083.21 |
| 13 | Prosper Marketplace, Inc | $6,258.40 | $0.00 | $246.23 |
| 14 | Stearns Bank National Association | $62,139.30 | $0.00 | $2,444.80 |

| | | | | |
|---|---|---|---|---|
| 15 | Headway Capital LLC | $20,377.03 | $0.00 | $801.71 |
| 16 | PNC Bank, National Association | $72,183.92 | $0.00 | $2,840.00 |

Total to be paid to timely general unsecured claims: $11,771.60
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Roddrick B. Newhouse
Trustee

Roddrick B. Newhouse
401 Century Pkwy, Suite 715
Allen, TX 75013

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.