**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 3, 2026**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **JERRY OGWEZI** | § | **CASE NO. 26-40273-MXM** |
| **MAVIS OGWEZI** | § | |
| | § | |
| **DEBTOR(S)** | § | |

## ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RODDRICK NEWHOUSE, CHAPTER 7 TRUSTEE

Came on for consideration the "*Application for Trustee's Compensation and Expenses*" [Dkt No. 31] and upon notice to creditors, which notice is hereby deemed sufficient, and no creditors or parties in interest making objection to the Application, it is therefore

**ORDERED, ADJUDGED AND DECREED** that Roddrick Newhouse, Chapter 7 Trustee, is allowed $2,252.40 as final compensation pursuant to 11 U.S.C. 326(a), based on the total amount disbursed to parties in interest as allowed by the Court, and is allowed $1,000.00 for reimbursement of reasonable and necessary expenses incurred in the administration of the bankruptcy estate.

###End of Order###

Prepared and submitted by:
Roddrick Newhouse
401 Century Pkwy
Suite 715
Allen, TX 75013
(469)777-6560
rn7trustee@gmail.com